1  MCGREGOR W. SCOTT
   United States Attorney
2  DAWRENCE W. RICE, JR.
   CHRISTOPHER D. BAKER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

   Attorneys for Plaintiff
7  United States of America

8

9

10

11  UNITED STATES OF AMERICA,

12              Plaintiff,

13              v.

14  EVERITT AARON JAMESON,

15              Defendant.

16

**FILED**

**JAN 04 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO.   1: 1 8 CR · 0 0 0 0 1 LJO

VIOLATIONS:  18 U.S.C. §§ 2339B(a)(1) and 2 –
Attempting to Provide Material Support and
Resources to a Designated Foreign Terrorist
Organization; 18 U.S.C. § 842(p)(2)(A) –
Distribution of Information Relating to Destructive
Devices

17                          I N D I C T M E N T

18  COUNT ONE: 18 U.S.C. §§ 2339B(a)(1) and 2 –Attempting to Provide Material Support and Resources
    to a Designated Foreign Terrorist Organization

19

20       The Grand Jury charges:

21                          EVERITT AARON JAMESON,

22  defendant herein, as follows:

23

    From on or around October 24, 2017, through December 20, 2017, in Stanislaus County, within the
24
    State and Eastern District of California, and elsewhere, defendant EVERITT AARON JAMESON, a
25
    national of the United States, knowingly attempted to provide material support and resources, that is,
26
    personnel (namely himself) and services to a foreign terrorist organization, to wit, the Islamic State of
27
    Iraq and al-Sham (ISIS), which at all relevant times was designated by the Secretary of State as a foreign
28

    INDICTMENT                                        1

1  terrorist organization, knowing that ISIS was a designated foreign terrorist organization and that ISIS

2  engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States

3  Code, Sections 2339B(a)(1) and 2.

4  COUNT TWO: 18 U.S.C. § 842(p)(2)(A) – Distribution of Information Relating to Destructive Devices

5

6        The Grand Jury further charges:

                              EVERITT AARON JAMESON,

7  defendant herein, as follows:

8

9  On or around December 16, 2017, in Stanislaus County, within the State and Eastern District of

10  California, and elsewhere, defendant EVERITT AARON JAMESON, did knowingly demonstrate the

11  making and use of a "destructive device" as defined in Title 18, United States Code, Section 921(a)(4),

12  and distribute by any means information pertaining to, in whole or in part, the manufacture and use of a

13  "destructive device" as defined in Title 18, United States Code, Section 921(a)(4), with the intent that

14  the information be used for, and in furtherance of, an activity that constitutes a Federal crime of

15  violence, as defined in Title 18, United States Code, Section 16, including bombing of a place of public

16  use, public transportation system, and infrastructure facility, in violation of Title 18, United States Code,

17  Section 2332f, in that the defendant described to a person that he believed was working for a foreign

18  terrorist organization (ISIS) that he was well versed with the Anarchist Cookbook, described how to

19  build destructive devices, to wit, pipe bombs, out of PVC pipe, gunpowder, nails and BB's, described

20  the location where he planned to assemble such destructive devices, asked for remote timing devices

21  from the person that he believed was working for ISIS to use with such destructive devices, and

22  described how to use such destructive devices in an attack on Pier 39 in San Francisco, California to

23  funnel people into area in order to shoot them, all in violation of Title 18, United States Code, Section

24  842(p)(2)(A).

25

26  //

27  //

28

INDICTMENT                                    2

A TRUE BILL.
/s/ Signature on file w/AUSA

_____
FOREPERSON

**KIRK E. SHERRIFF**

_____
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT

3