No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*
*Criminal Division*



FILED
JAN 04 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

THE UNITED STATES OF AMERICA

vs.

EVERITT AARON JAMESON

I N D I C T M E N T    7: 1 8 CR · 0 0 0 0 1 LJO

**VIOLATION(S): 18 U.S.C. §§ 2339B(a)(1) and 2 – Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization; 18 U.S.C. § 842(p)(2)(A) – Distribution of Information Relating to Destructive Devices**

*A true bill,*

_____/s/_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ , *A.D. 20* \_\_\_\_\_

_____
*Clerk.*

*Bail, $* _____    **AS PREVIOUSLY SET**

_____ E P. _____

GPO 863 525

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
   ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
STANISLAUS COUNTY

U.S.C. Citation
See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
▶ EVERITT AARON JAMESON

Address

Birth Date

☐ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

SSA GEORGE LOPEZ - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20   ☐ 21   ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-MJ-00225-BAM

Name and Office of Person Furnishing Information on THIS FORM

LYNETTE DIXON

☐ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

DAWRENCE W. RICE JR

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes
☐ No

If "Yes," give date filed

Mo.   Day   Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo.   Day   Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

☐ ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

**Next court date: Preliminary Hearing on 01/05/2018 @ 2:00pm**

<u>DWR</u>
**AUSA INITIALS**

## PENALTY SLIP

**DEFENDANT:**   Everitt Aaron Jameson

**VIOLATION: Count One:** 18 U.S.C. §§ 2339B and 2 – Attempt to Provide Material Support to Foreign Terrorist Organization

**PENALTY:**  20 years imprisonment/$250,000 fine/
3 years Supervised Release/$100 Special Assessment

**VIOLATION: Count Two:** 18 U.S.C. § 842(p)(2)(A) – Distribution of Information Relating to Destructive Devices

**PENALTY:**  20 years imprisonment/$250,000 fine/
3 years Supervised Release/$100 Special Assessment