HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
REED GRANTHAM, Bar #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
EVERITT AARON JAMESON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>EVERITT AARON JAMESON,<br><br>*Defendant.* | Case No.  1:18-cr-00001<br><br>**DECLARATION OF EVERITT AARON JAMESON** |

I, Everitt Aaron Jameson, declare as follows:

1. On August 21, 2020, I provided CO Carlson the original copy of my BP-9 compassionate release request, addressed to the warden at FCI Sheridan, postage prepaid via certified mail with tracking number 7018 0360 0000 1702 9077.

2. To date, I have not received any response to my compassionate release request.

3. On March 23, 2020, FCI Sheridan went on a 14-day total lockdown due to COVID-19.  That was followed by a four-month lockdown period where we were only allowed out of our cells for one hour per day.  While FCI Sheridan had slowly been increasing the hours we are allowed outside of our cells during the next few months, but they were still extremely limited.

4. The vast majority of my days I am confined to my 8-foot by 11-foot cell which is shared with another inmate. This small space does not allow proper room to engage in exercise or to properly socially distance.

5. Since FCI Sheridan has instituted these COVID-19 lockdowns, I have had increased difficulty breathing. It is my understanding the air filters have been cleaned/replaced only once during the pandemic and that the recirculated air is being shared with other COVID-19 positive individuals.

6. I believe the HVAC system cannot properly circulate the air and I have found myself waking up in the middle of the night with a choking sensation and difficulty breathing, similar to what I experienced in my youth when I was diagnosed with nocturnal asthma. I have on two different occasions during the pandemic requested an inhaler from medical, but have not received an inhaler to date. I have been prescribed and using an albuterol inhaler most of my life, beginning around age 2 or 3.

7. Since FCI Sheridan has instituted these COVID-19 lockdowns, due to the increased isolation, added environmental stress including fear of contracting COVID-19 and the serious health ramifications that may result, I have felt my mental health symptoms increasing, particularly in regards to anxiety and depression.

8. Around Thanksgiving 2020, COVID-19 lockdown restrictions have once again increased here at FCI Sheridan and become much more severe. Since Thanksgiving, we have had access to commissary only a single time with a $50.00 limit. We are on lockdown at least 23.5 hours a day, being allowed at most 30 minutes out of our cells some days. And even with such limited time outside our cells, it is our understanding there have been three inmates and one staff member who have tested positive for COVID-19 in our unit.

9. With the latest imposition of the COVID-19 lockdown measures imposed since Thanksgiving, I have felt increased depression, anxiety, and an overall exacerbation of my mental health issues, as well as a decline in my physical health due to having increased asthma symptoms and increased weight gain due to lack of exercise/yard

time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 19th day of JAN 2021 in Sheridan, Oregon.

*/s/ Everitt Aaron Jameson*
Everitt Aaron Jameson

Declaration of Everitt Aaron Jameson        -3-        <u>Exhibit A</u>