Case 1:18-cr-00001-NONE   Document 29-2   Filed 02/03/21   Page 1 of 2

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70180360000017029077

Remove ✕

Your item was delivered at 9:39 am on August 24, 2020 in SHERIDAN, OR 97378.

## ✓ Delivered

August 24, 2020 at 9:39 am
Delivered
SHERIDAN, OR 97378

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**August 24, 2020, 9:39 am**
Delivered
SHERIDAN, OR 97378
Your item was delivered at 9:39 am on August 24, 2020 in SHERIDAN, OR 97378.

**August 24, 2020, 8:20 am**
Arrived at Unit
SHERIDAN, OR 97378

**August 23, 2020, 6:11 pm**
Departed USPS Facility
PORTLAND, OR 97215

Exhibit B

Case 1:18-cr-00001-NONE   Document 29-2   Filed 02/03/21   Page 2 of 2

**August 23, 2020**
In Transit to Next Facility

**August 21, 2020, 11:38 pm**
Arrived at USPS Facility
PORTLAND, OR 97215

**August 21, 2020, 4:51 pm**
Departed Post Office
SHERIDAN, OR 97378

**August 21, 2020, 2:52 pm**
USPS in possession of item
SHERIDAN, OR 97378

**Product Information** 

Feedback

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Exhibit B