## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO ABREGO AREVALO, et al., <br><br> *Petitioners-Plaintiffs,* <br><br> v. <br><br> THOMAS DECKER, in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, et al., <br><br> *Respondents-Defendants.* | Civil Action No. _____ |

## DECLARATION OF ROBERT M. SAPOLSKY

I, Robert M. Sapolsky, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

## RELEVANT BACKGROUND AND QUALIFICATIONS

1.  I am the John A. and Cynthia Fry Gunn Professor at Stanford University. I hold joint appointments in the departments of Biology, Neurology & Neurological Sciences, and Neurosurgery. I graduated summa cum laude, Phi Beta Kappa, from Harvard University in 1978, with a degree in biological anthropology. I received my Ph.D. in neuroendocrinology at Rockefeller University. I have been a professor at Stanford since 1987, and holder of an endowed chair since 2002. I have received a number of honors and awards for my work, including the MacArthur Fellowship Genius Grant, an Alfred P. Sloan Fellowship, the Klingenstein Fellowship in Neuroscience, and the John P. McGovern Award for Behavioral Science, awarded by the American Association for the Advancement of Science. I also received the National Science Foundation Presidential Young Investigator Award, as well as awards for Young Investigator of the Year from the International Society for Psychoneuroendocrinology, the Society for Neuroscience, and the Biological Psychiatry Society.

2.  As a neuroendocrinologist, I have decades of experience working in the area of stress and the body. My work has included studies of humans, non-human primates, rats and mice, and while focusing mostly on the brain, has included work on cancer progression and viral infections. My lab was one of the pioneers in the early 1990s of developing gene therapy in the injured nervous system, and this involved extensive work with, and molecular manipulation of, viral vectors derived from herpes simplex virus, adenovirus, and adeno-associated virus.

1

<u>Exhibit G</u>

3.  I have published approximately 470 peer-reviewed publications in science and/or medical journals, and have single-authored six books. My work has been cited more than 140,000 times which, by a recent meta-analysis, places me in the top 0.1% of measures of scientific impact.

4.  My C.V. includes a full list of my honors, experience, and publications, and it is attached as Exhibit A.

5.  I am not being compensated for my time reviewing materials and preparing this report.

6.  During the past four years, I have testified six times as an expert witness in criminal trials involving murder or attempted murder, in evaluating the neuropsychiatric status of the defendant. None of these involved anything related to viral infections. The cases are: *People v. Vladimir Sotelo* (Cal. 2018); *People v. Anicacio Garcia* (Cal. 2019); *People v. Pedro Lopez* (Cal. 2019) (once at trial and again at retrial); *People v. Arent Bradt* (Cal. 2019); and *State v. Darryl Oliver* (Ga. 2020).

## STRESS AND HEALTH: A BRIEF OVERVIEW

7.  The word "stress" entered the medical and psychological literature (borrowed from engineering) approximately a century ago, and tens of thousands of papers have examined the subject since then. Broadly, a "stressor" can be defined as an external event that throws an organism out of homeostatic balance, and the "stress-response" is the array of physiological adaptations meant to re-establish homeostasis.

8.  In its original medical sense, a stressor was conceptualized as a physical challenge to homeostasis, such as a prey species sprinting from a predator, or a hungry predator sprinting after its prey. The field then expanded in a critical way to include the concept of psychological stressors, which involves the activation of the stress-response by the *anticipation* (accurate or otherwise) of a physical challenge to homeostasis. Classic physical stressors are typically short-term in nature, whereas psychological stressors are more likely to be chronic; crucially, when stress is chronic, there are increased risks and severity of disease.

9.  Humans are obviously the most psychologically and socially sophisticated species on earth; disease in humans can arise from chronic stress spanning days to decades, and such stress is typically psychosocial in nature. A partial list of diseases that can be caused by or worsened by stress include Type II diabetes, obesity, metabolic syndrome, hypertension, cardiovascular disease, inflammatory bowel disorders, impaired fertility, accelerated brain aging and cellular senescence, and an array of cognitive and psychiatric disorders.[1]

10. Of greatest relevance to this matter, the longest-recognized pathological consequence of chronic stress (since circa 1930) is suppression of the immune system, worsening of the outcome of immune diseases, and triggering of inflammation. Of critical relevance to

---

[1] *See, e.g., Robert Sapolsky et al., How do glucocorticoids influence stress responses? Integrating permissive, suppressive, stimulatory, and preparative actions,* 21 Endocrine Reviews 55-89 (2000); Robert Sapolsky, *Why Zebras Don't Get Ulcers: A Guide to Stress, Stress-Related Disease and Coping* (3d. ed. 2004).

<u>Exhibit G</u>

COVID-19, this involves impaired immune defenses against viral infection, and compromised function of the lungs.

## STRESS IMPAIRS IMMUNE DEFENSES AGAINST VIRAL INFECTIONS

11. An extensive literature demonstrates that stress compromises the ability of the immune system to defend the body against viral infections; such work has included humans, rodents and livestock as study subjects. While there has not been sufficient time to test this with respect to the SARS-CoV-2 virus, this stress effect has been shown for a wide array of classes of viruses. Thus, stress worsens the consequences of infection with herpes simplex virus (HSV),[2] Epstein-Barr virus (EBV),[3] West Nile Virus,[4] influenza virus,[5] human papilloma virus,[6] viral meningitis and viral endocarditis.[7]

12. The links between stress and impaired viral defense have depended on studies of an array of human stressors. These include the stress of various psychiatric and psychological disorders, experimental psychological stressors, low socioeconomic status, being the primary caregiver for a chronically ill patient, or being an astronaut on a prolonged mission. Collectively, these studies have included more than 150,000 human subjects.

13. Though the specific biological pathways vary from condition to condition, mental illnesses such as anxiety, depression, and bipolar disorder will impair immune function and heighten vulnerability to viral infection.

14. Stress has been shown to disrupt anti-viral defenses in laboratory animals as well. Such stressors include social instability, social defeat, social isolation, or exposure to uncontrollable (versus controllable) shocks. The viruses tested have included those listed in paragraph 11 and, in addition, pseudorabies virus,[8] murine encephalomyelitis virus,[9] and bovine HSV.[10]

15. In some studies, impaired viral defenses are demonstrated by showing impairment of specific constituents of the immune system. This involves decreased levels in the blood

---

[2] See, e.g., K. Ashcraft et al., *Psychological stress impairs the local CD8+ T cell response to mucosal HSV-1 infection and allows for increased pathogenicity via a glucocorticoid receptor-mediated mechanism*, 33 Psychoneuroendocrinology 951-63 (2008).

[3] See, e.g., R. Glaser et al., *Stress and the memory T-cell response to the Epstein-Barr virus in healthy medical students*, 12 Health Psych. 435 (1993).

[4] See, e.g., D. Ben-Nathan & G. Feuerstein, *The influence of cold or isolation stress on resistance of mice to West Nile virus encephalitis*. Experientia 46, 285-90 (1990).

[5] See, e.g., J. Tian et al., *A single E627K mutation in the PB2 protein of H9N2 avian influenza virus increases virulence by inducing higher glucocorticoids (GCs) level*, 7(6) PLoS ONE e38233 (2012).

[6] See, e.g., C. Fang et al., *Perceived stress is associated with impaired T-cell response to HPV16 in women with cervical dysplasia*, 35 Ann. Behav. MED 87-96 (2008).

[7] See, e.g., H. Song et al., *Stress related disorders and subsequent risk of life threatening infections: population based sibling controlled cohort study*, 367 Brit. Med. J. 15784 (2019).

[8] See, e.g., J. de Groot et al., *A single social defeat transiently suppresses the anti-viral immune response in mice*, 95 J. Neuroimmunol. 143-51 (1999).

[9] See, e.g., Young E et al., *Chronic social stress impairs virus specific adaptive immunity during acute Theiler's virus infection*, 254 J. Neuroimmunol. 254, 19-27 (2013)

[10] See, e.g., P.D. Hodgson, *Effect of stress on viral bacterial synergy in bovine respiratory disease: novel mechanisms to regulate inflammation*, 6(4) Comp. Func. Genomics 244-250 (2005).

Exhibit G

and in tissue of key chemical mediators of anti-viral infection, damaging levels of cytokines, impaired generation of antibodies that specifically target the virus in question, and impaired recruitment of immune cells to the tissue that is virally infected.[11]

16. In some studies, stress-induced impairment of viral defenses has been demonstrated with viral outcomes. These include stress-induced increases in viral replication rates, higher viral titers (the concentration of the virus in the body), impaired clearance of virus from infected tissue, more reactivation of latent viruses, and increased epidemiological evidence of life-threatening viral infections in a population.[12]

17. Finally, in some studies, the outcome has been a pathological one. These include demonstrations of stress worsening virally-induced nerve damage, slower healing of HSV-induced lesions, a variety of pathological effects on the lungs (see below), and lower survival rates. For example, one study demonstrated that physical or psychological stressors in mice cause an approximate 50% increase in mortality rates induced by West Nile Virus.[13]

18. Collectively, these studies show that various types of stressors, in various species, worsen the outcome of viral diseases, as measured by immune outcomes, virological outcomes, disease outcomes and survival rates. The evidence also shows that the degree of immunosuppression worsens the more severe and long-lasting the stress has been.

**STRESS AND LUNG DISEASES: RELEVANCE TO SARS-COV-2**

19. There are two primary ways in which chronic stress will likely leave an individual at significantly higher risk of contracting COVID-19 and at significantly higher risk of serious illness or death if infected. First, as described above, there is the weakening of the immune system's anti-viral capacities, which will leave the body more vulnerable to viral infections and less able to combat them. Second, there is the specific risk caused by inflammation of the lungs and other organs, which I will describe here.

20. The literature reviewed above considers the adverse effects of stress on tissues and organs throughout the body. The core of SARS-CoV-2's ability to sicken and kill arises from it preferentially targeting the lungs; this, of course, is the reason why symptoms of the disease revolve around respiratory distress, and why shortages of ventilators are so devastating. Thus, it is important to focus on the specific issue of what stress does to lungs and respiration, and the pertinence of this to SARS-CoV-2.

21. Study of the impact of stress on disease has been furthered enormously by the appreciation that chronic stress causes inflammation throughout the body, which exacerbates the course of a wide range of diseases.

---

[11] See, e.g., C. Welsh et al., *Effects of stress on the immune response to Theiler's virus--implications for virus-induced autoimmunity*, 17 Neuroimmunomodulation 169-72 (2010).

[12] See, e.g., Song, *supra*; M. Elftman et al., *Stress-induced glucocorticoids at the earliest stages of herpes simplex virus-1 infection suppress subsequent antiviral immunity, implicating impaired dendritic cell function*, 184 J. Immunol. 1867-75 (2010).

[13] See, e.g., Ben-Nathan and Feuerstein, *supra*.

Exhibit G

22. Crucially, a variety of stressors cause inflammation in the lungs. Stress-induced lung inflammation has been demonstrated in a number of ways through a variety of outcomes. This includes increased presence in the lungs of inflammatory cells and increased release of their chemical messengers, and increased presence of markers of inflammation in exhaled breath (e.g., increased levels of nitric oxide).

23. Moreover, such stress-induced pulmonary inflammation impairs lung function, including increased bronchoconstriction, increased airway impedance (the former term is a measure of how much lung airways are tightened by smooth muscle; the latter describes the extent of resulting disruption of air flow), decreased lung capacity, tidal volume instability and ribcage abdominal asynchrony (the former is a measure of breathing irregularity; the latter is the likely physiological cause of such irregularities). These pro-inflammatory effects of stress occur in the absence of disease. The result is that the lung tissue will be more vulnerable, people will already have more trouble breathing, and the lungs will have more difficulty clearing fluids. In that sense, the effect of stress on the lungs is similar to that of asthma.

24. Stress also worsens the outcome of pulmonary diseases. The textbook example of this is the ability of stress to cause or worsen asthma. A variety of stressors worsen the pathological features of asthma including worsening of asthma-induced bronchoconstriction, airway impedance, airway inflammation, accumulation of inflammatory lung fluid and decreased lung volume.

25. Finally, stress specifically exacerbates features of viral pulmonary diseases. This includes specifically impairing antiviral immune defenses in lung tissue, and increasing the incidence of respiratory viral infections.

26. Collectively, these studies show that even in the absence of disease, stress causes lung inflammation and impairs lung function. This effect will be particularly pronounced as stress rises from moderate to severe levels. Furthermore, stress worsens the outcome of a number of pulmonary disorders (including pneumonia, as with asthma, and for similar physiological reasons), including respiratory viral diseases. This means that people who have experienced chronic stress who contract a respiratory viral disease are significantly more likely to become seriously ill or even die.

27. Because of the novelty of SARS-CoV-2 and the chaos of an ongoing pandemic, there has been little study to date about the effects of stress on anti-viral defenses against SARS-CoV-2 or against coronaviruses in general. This is not unique, as even with certain preexisting physical conditions, our knowledge of the ways in which they increase vulnerability to SARS-CoV-2 is continually evolving. And nonetheless, as to stress, extrapolations can be made with considerable confidence.

28. First, there are considerable genomic, functional and structural similarities across the entire coronavirus family, allowing one to tentatively generalize to SARS-CoV-2.[14]

---

[14] *See, e.g.,* Y. Wang et al., *Nsp1 proteins of group I and SARS coronaviruses share structural and functional similarities,* 10 Infection, Genetics and Evolution 919-924 (2010); H. Jayaram et al., *X-Ray structures of the N- and*

<u>Exhibit G</u>

29. Second, there are some key similarities between the coronavirus family and the viruses discussed above.  For example, the essential viral proteins that are used to fuse to and invade host cells are heavily conserved between coronaviruses and influenza virus.[15] As another example, Epstein Barr Virus and coronaviruses have their pro-inflammatory effects through heavily overlapping mechanisms.[16]  As a final example, bats can be primary zoonotic reservoirs for both papilloma viruses and coronaviruses.[17]

30. Third, a study has found that "low levels of CD3$^+$CD8$^+$ T cells" are predictors of high mortality rates from COVID-19.[18]  These cells help mediate an immune cascade that kills virally-infected cells. Chronic stress can decrease circulating levels of these cells.

31. Fourth, the CDC lists as one of the groups at high risk from COVID-19 people who have had "prolonged use of corticosteroids and other immune weakening medications."[19] Corticosteroids are synthetic versions of the glucocorticoid stress hormones discussed in several of the studies I have cited.  These hormones play an important role as a pathway through which chronic stress weakens the immune system.

32. Finally, the CDC includes among its high risk categories for COVID-19 "[p]eople who are immunocompromised" and notes that "[m]any conditions can cause a person to be immunocompromised."[20]  It is my professional judgment that high levels of chronic stress would place people in this category.

## PLAINTIFFS' HEIGHTENED RISK FROM COVID-19

33. In reaching my assessment in this section, I have reviewed the declaration of Karla Ostolaza, describing the medical histories and current situations of ██████████ ████████ ██████████ ███████████████ ████████████ and ███████████████

34. Based on a number of factors, including their serious mental health conditions and the highly stressful nature of their current situations, it is my professional judgment based on my decades of work on stress that each of these individuals has experienced and will continue to experience exceptionally high levels of stress.

---

*C-terminal domains of a coronavirus nucleocapsid protein: Implications for nucleocapsid formation*, 80 J. Virology 6612-6620 (2006).

[15] *See* P. Chambers et al., *Heptad repeat sequences are located adjacent to hydrophobic regions in several types of virus fusion glycoproteins*, 71 J. General Virology 3075-3080 (1990).

[16] *See, e.g.,* E. Tirotta, *Epstein–Barr virus-induced gene 3 negatively regulates neuroinflammation and T cell activation following coronavirus-induced encephalomyelitis*, 254 J. Neuroimmunology 110-116 (2013).

[17] *See, e.g.,* Tse H. et al., *Identification of a novel bat papillomavirus by metagenomics*, 7(8)PLoS ONE e43986 (2012).

[18] R.-H. Du et al., *Predictors of mortality for patients with COVID-19 pneumonia caused by SARS-CoV-2: A Prospective Cohort Study*, 55(4) European Respiratory Journal (2020). https://erj.ersjournals.com/content/early/2020/04/01/13993003.00524-2020.

[19] Centers for Disease Control and Prevention, *Groups at higher risk for severe illness* (last accessed Apr. 11, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html

[20] *Id.*

<u>Exhibit G</u>

35. Because of the effects of such high levels of stress on the immune system and the body described above, these individuals are therefore likely at considerably heightened risk of contracting COVID-19 and becoming severely ill and even dying if they do.

## CONCLUSIONS

36. An extensive peer-reviewed literature demonstrates that stress compromises antiviral immune defenses and increases viral virulence. These findings are derived from studies of humans and other species, with large sample sizes, examining a variety of stressors and viral insults. Moreover, in the absence of disease, stress causes inflammation in the lungs and impairs respiration. Furthermore, stress specifically exacerbates the consequences of the respiratory viral diseases that are most similar to SARS-CoV-2. This is partly because stress can exacerbate the pulmonary inflammation and buildup of fluid that is central to the pathology of pneumonia. Finally, these effects are of sufficient magnitude that they significantly worsen critical disease outcomes, which include mortality rates. In other words, people who have experienced chronic stress are more likely to die of viral respiratory illnesses.

37. As noted above, there has been insufficient time for the study of stress effects on immune defenses against SARS-CoV-2 and the pathogenic course of COVID-19 specifically. However, given the array of viruses and viral diseases examined in the stress literature, including respiratory diseases that are quite close to COVID-19, and the array of pathophysiological outcomes, I can state with considerable confidence that stress will significantly increase the risk of SARS-CoV-2 infection and markedly worsen the consequences of this infection. This includes a heightened risk of severe illness or even death.

38. It is therefore my professional judgment that people who have suffered from chronic stress are at heightened risk from COVID-19 and fall into the CDC high risk category of "[p]eople who are immunocompromised."[21] Further, given the gravity of this heightened risk, it would be dangerous for both those who have suffered chronic stress and those around them to not treat them as if they were at particularly elevated risk.

39. For these reasons, it is also my professional judgment that ██████████, ██████████, ██████████, ██████████, and ██████████ are at significantly heightened risk from COVID-19.

I declare under penalty of perjury that the foregoing is true and correct.

April 13, 2020
Palo Alto, California

Robert M. Sapolsky

---

[21] *Id.*

Exhibit G

## ROBERT MORRIS SAPOLSKY

Address:            Gilbert Laboratory, MC 5020
                    Stanford University
                    Stanford, CA 94305-5020
Telephone:          650  723 2649
FAX:                650 725 5356
email:              sapolsky@stanford.edu

Educational History
l984   Ph.D.    Neuroendocrinology, The Rockefeller University
l978   A.B.     Biological Anthropology, Harvard University, summa cum laude, Phi Beta Kappa

Professional Experience
2002:         John A. and Cynthia Fry Gunn Professor, Department of Biological Sciences,
              Stanford University;  Departments of Neurology and Neurological Sciences, and of
              Neurosurgery,  Stanford University School of Medicine.
l995:         Professor
l99l - l995:  Associate Professor with tenure
l987 - l99l:  Assistant Professor, Department of Biological Sciences, Stanford University
l985:         Research Associate, Institute of Primate Research, National Museums of
              Kenya, Nairobi, Kenya
l985 - l987:  Postdoctoral Fellow, Peptide Biology Laboratory, Salk Institute

Professional Awards and Honors
l985:   Lindsley Prize of the Society for Neuroscience (outstanding doctoral thesis in
        behavioral neuroscience).
l987:   MacArthur Fellow of the John D. and Catherine T. MacArthur Foundation
        Faculty Scholar, Alzheimers Association
        Faculty Scholar, Sloan Foundation
        Faculty Scholar, Klingenstein Foundation
        Presidential Young Investigator, National Science Foundation
l990:   A.B. Bennett Award, Society of Biological Psychiatry, young investigator of the
               year
        C. Richter Award, International Society of Psychoneuroendocrinology, young
               of the year
        Winner of Dean's Award for distinguished teaching
l992:   Young Investigator of the Year Award, Society for Neuroscience
        Research Career Development Award, NIH
        Winner of Associated Students of Stanford University Teaching Award
l993:   Bing Award for Teaching Excellence
l994:   Finalist, Los Angeles Times Book Award for "Why Zebras Don't Get Ulcers"
l996:   Elected as Fellow, American Association of the Advancement of Science
l997:   Elected as Fellow, California Academy of Sciences
l998:   Finalist, Los Angeles Times Book Award for "The Trouble With Testosterone."
        Hoagland Prize for Teaching Excellence, Stanford University
2002:   "A Primate's Memoir":  winner of non-fiction book of the year, Bay Area Book Reviewers
        Association; finalist, Aventis Prize; finalist, The Natural World Book Prize.  Winner of Book of
        the Year, BILD DER WISSENSCHAFT, German edition.
        Winner of "The Emperor Has No Clothes" Award, Freedom From Religion Foundation
2004:   Finalist, National Magazine Award, essay division for "The pleasures (and pain) of 'maybe'",
        Natural History magazine.
        Paper # 315 included in Pinker S 2004 The Best American Science and Nature Writing.
        Houghton Mifflin Co, NY.
2006:   Earl Usdin Award of the West Coast College of Biological Psychiatry
2007:   John P. McGovern Award, American Association for the Advancement of Science.
2009:   Gores Award for Teaching Excellence, Stanford University.
        Lewis Thomas Award, Rockefeller University.

<u>Exhibit G</u>

Fellow, Association of Psychological Science
2010: Isaac Asimov Award, American Humanist Association
2013: Distinguished Scientific Contributions Award, American Psychological Association
Paper #440 included in Mukherje S 2013 Best American Science and Nature Writing.  Mariner Books, NY.
2018: Winner, LA Times Book Prize, Science & Technology
Winner, Phi Beta Kappa Science Book Award
The Against Stupidity award of the Philosophy Now Society, London.
Finalist, PEN Literary Award.

Current and Past Professional Activities
Editorial board:         Neurobiology of Aging
                         Journal of Neuroscience
                         Psychoneuroendocrinology
                         Journal of Neurochemistry
                         Stress
                         Frontiers in Cultural Psychology


Professional Writing Associations
2012 -   Contributing writer to the Opinion column, Los Angeles Times.
2013 -   2017 Bi-weekly columnist, "Mind & Matter" column, Wall Street Journal.


Patents
8,101,158: Methods for treating cerebrovascular disease comprising administering an agent that inhibits prokineticin receptor activity.


College Courses on Video/Audio: The Teaching Company/The Great Courses
Sapolsky R. Biology and Human Behavior: The Neurological Origins of Individuality.    1994; 2005 2nd edition.
Sapolsky R. Stress and Your Body.  2010.
Sapolsky R. Being Human: Life Lessons from the Frontiers of Science.  2012.


Publications:  Books
1. Sapolsky R. l992 *Stress, the Aging Brain, and the Mechanisms of Neuron Death*.  MIT Press.
2. Sapolsky R. l994 *Why Zebras Don't Get Ulcers:  A Guide to Stress, Stress-Related Disease and Coping*.  Scientific American/Freeman Press/Henry Holt.    Thirteen foreign language editions; Los Angeles Times Book Award finalist.    l998: Second edition.  2004: third edition.
3. Sapolsky R l997 *'The Trouble With Testosterone' and Other Essays on the Biology of the Human Predicament*.  Simon and Schuster/Scribner, l997; Two foreign language editions;   Los Angeles Times Book Award finalist.
4. Sapolsky R 2001 *A Primate's Memoir*.    Simon and Schuster/Scribner, nine foreign language editions.   Non-fiction book of the year, Bay Area Book Reviewer's Association, 2002; finalist, Aventis Prize; finalist, The Natural World Book Prize.
5. Sapolsky R. 2005 *'Monkeyluv' and Other Essays on our Lives as Animals*.    Simon and Schuster/Scribner.   Four foreign language editions.
6. Sapolsky R. 2017 *Behave: The Biology of Humans at our Best and Worst*.  Penguin/Random House.   Nineteen foreign language editions.   Winner, LA Times Book Prize; Winner, Phi Beta Kappa Science Book Award; Finalist, 2018 PEN Literary Science Writing Prize.


Publications: Articles and Book Chapters


Exhibit G

3

l. Sapolsky R, H Eichenbaum l980 Thalamo-cortical mechanisms in odor guided behavior. Brain Behavior and Evolution l7, 276.

2. Sapolsky R, H Eichenbaum l980 Still-life photographs: The power of human ethology in the explanation of human behavior. Behavioral and Brain Sciences 3, 628.

3. Sapolsky R l982 The endocrine stress-response and social status in the wild baboon. Hormones and Behavior l5, 279.

4. Sapolsky R, L Krey, B McEwen l983 The adrenocortical stress-response in the aged male rat: Impairment of recovery from stress. Experimental Gerontology l8, 55.

5. Sapolsky R, B McEwen, T Rainbow l983 Quantitative densitometry of steroid hormone receptors. Brain Research 27l, 33l.

6. Sapolsky R, L Krey, B McEwen l983 Corticosterone receptors decline in a site-specific manner in the aged rat brain. Brain Research 289, 235.

7. Sapolsky R l983 Endocrine aspects of social instability in the olive baboon. American Journal of Primatology 5, 365.

8. Sapolsky R l983 Individual differences in cortisol secretory patterns in the wild baboon: Role of negative-feedback sensitivity. Endocrinology ll3, 2263.

9. Sapolsky R, Krey L, McEwen B l984 Stress down-regulates corticosterone receptors in a site-specific manner in the brain. Endocrinology ll4, 287.

l0. Sapolsky R, Krey L, McEwen B, Rainbow T l984 Do vasopressin-related peptides induce hippocampal corticosterone receptors? Implications for aging. Journal of Neuroscience 4, l479.

11. Sapolsky R l984 Stress and the successful baboon. Psychology Today, l8, 60.

12. Sapolsky R, Krey L, McEwen B l984 Glucocorticoid-sensitive hippocampal neurons are involved in terminating the adrenocortical stress-response. Proceedings of the National Academy of Sciences USA 8l, 6l74.

13. Felt B, Sapolsky R, McEwen B l984 Regulation of hippocampal corticosterone receptors by a vasopressin analogue. Peptides 5, 1225.

14. Meaney MJ, Sapolsky R, McEwen B l985 Ontogeny of the glucocorticoid receptor system: I Autoregulation. Developmental Brain Research l8, l61.

l5. Meaney MJ, Sapolsky R, McEwen B l985 Ontogeny of the glucocorticoid receptor system: II An autoradiographic analysis. Developmental Brain Research l8, l65.

16. Sapolsky R, Meaney M, McEwen B l985 Ontogeny of the glucocorticoid receptor system: III Negative feedback regulation. Developmental Brain Research l8, l69.

17. Sapolsky R, Krey L, McEwen B l985 Prolonged glucocorticoid exposure reduces hippocampal neuron number: Implications for aging. Journal of Neuroscience 5, 1221.

18. Sapolsky R l985 A mechanism for glucocorticoid toxicity in the hippocampus: Increased vulnerability of neurons to metabolic insults. Journal of Neuroscience 5, l228.

19. Meaney MJ, Aitken B, Bodnoff F, Iny L, Tatarewicz E, Sapolsky R l985 Early postnatal handling alters the development of the glucocorticoid receptor system in selected brain regions. Behavioral Neuroscience 99, 765.

20. Tarara R, Suleman M, Sapolsky R, Wabomba M, Else J l985 Tuberculosis in wild baboon (Papio cynocephalus) in Kenya. Journal of Wildlife Diseases 21, 137.

21. Sapolsky R, McEwen B l986 Adrenal steroids and the hippocampus: Involvement in stress and aging. In: The Hippocampus, R Isaacson, K Pribram (eds). Plenum Press, NY.

22. Sapolsky R l985 Stress-induced suppression of testicular function in the wild baboon: Role of glucocorticoids. Endocrinology ll6, 2273.

23. Sapolsky R, Krey L, McEwen B l986 Glucocorticoids as modulators of neuropathologic insults to the hippocampus. In: Progress in Neuropathology, vol 6, H Zimmerman (ed), Raven Press, NY.

24. McEwen BS, Rainbow T, Biegon A, Fischette C, Meaney M, Rostene W, Sapolsky R l986 Studies of steroid hormone and neurotransmitter receptors. In: Advances and Techniques in Quantitative Receptor Autoradiography. M Kuhar (ed), Liss NY.

25. Sapolsky R l986 Stress, social status and reproductive physiology in freely-living baboons. In: Psychobiology of Reproduction: An Evolutionary Perspective. D Crews (ed), Wiley Press, NY.

26. Sapolsky R, McEwen B l985 Down-regulation of neural corticosterone receptors by corticosterone and dexamethasone. Brain Research 339, l6l.

27. Sapolsky R, Donnelly T l985 Vulnerability to stress-induced tumor growth increases with age: Role of glucocorticoid hypersecretion. Endocrinology ll7, 662.

Exhibit G

4

28. Sapolsky R l985 glucocorticoid toxicity in the hippocampus: Temporal aspects of neuronal vulnerability.  Brain Research 359, 300.

29. Sapolsky R, McEwen B l986 Stress, glucocorticoids, and their role in degenerative changes in the aging hippocampus.  In:  Treatment Development Strategies for Alzheimer's Disease. T Crook and R Bartus (eds) MPA Press, Madison, Conn.

30. Meaney MJ, Aitken D, Bodnoff F, Iny L, Sapolsky R l985 The effects of post-natal handling on the development of the glucocorticoid receptor system in the rat brain.  Progress in Neuropharmacology and Biological Psychiatry 9, 731.

31. Sapolsky R, Krey L, McEwen B l986 The adrenocortical axis in the aged rat: Impaired sensitivity to both fast and delayed feedback.  Neurobiology of Aging 7, 331.

32.  Sapolsky R, Krey L, McEwen B l986 The neuroendocrinology of stress and aging:  The glucocorticoid cascade hypothesis.  Endocrine Reviews 7, 284.

33. Sapolsky R, Pulsinelli W l985 Glucocorticoids potentiate ischemic injury to neurons: Therapeutic implications.  Science 229, l397.

34. Sapolsky R, Meaney M l986 Maturation of the adrenocortical stress response: Neuroendocrine control mechanisms and the stress hyporesponsive period.  Brain Research Reviews ll, 65.

35. Sapolsky R l986 Stress-induced elevation of testosterone concentrations in high-ranking baboons: Role of catecholamines.  Endocrinology ll8, l630.

36. Sapolsky R l986 Glucocorticoid toxicity in the hippocampus: Synergy with an excitotoxin. Neuroendocrinology 43, 440.

37. Meaney MJ, Sapolsky R, Aitken D, McEwen B l985 Tritiated-dexamethasone binding in the limbic brain of the fetal rat.  Devevopmental Brain Research 23, 297.

38. Sapolsky R l986 Glucocorticoid toxicity in the hippocampus: Reversal by supplementation with brain fuels.  Journal of Neuroscience 6, 2240.

39. Walker CD, Sapolsky R, Meaney M, Vale W, Rivier C l986 Increased pituitary sensitivity to glucocorticoid feedback during the neonatal period: A major contribution to stress nonresponsiveness.  Endocrinology ll9, l8l6.

40. Plotsky PM, Otto S, Sapolsky R l986 Inhibition of immunoreactive corticotropin-releasing factor secretion into the hypophysial-portal circulation by delayed glucocorticoid feedback. Endocrinology ll9, ll26.

41. Sapolsky R l986 Endocrine and behavioral correlates of drought in the wild baboon. American Journal of Primatology ll, 2l7.

42. Meaney MJ, Aitken D, Sapolsky R l987 Thyroid hormones influence the development of hippocampal glucocorticoid receptors in the rat: A mechanism for the effects of postnatal handling on the development of the adrenocortical stress response.  Neuroendocrinology 45, 278.

43. Sapolsky R, Else J l987 Bovine tuberculosis in a wild baboon population: Epidemiological aspects.  Journal of Medical Primatology l6, 229.

44. Sapolsky R, McEwen B l988 Why dexamethasone resistance?  Two possible neuroendocrine mechanisms.  In:  The Hypothalamic-Pituitary-Adrenal Axis: Physiology, Pathophysiology and Psychiatric Implications.  A Schatzberg, C Nemeroff (eds), Raven Press.

45. McEwen BS, Brinton R, Sapolsky R l989 Glucocorticoid receptors and behavior: Implications for the stress respose.  In:  Mechanisms of Physical and Emotional Stress, Chrousos G, Loriaux L, Gold P (ed), Plenum Press.

46. Sapolsky R l989 Individual diffferences and the stress response: Studies of a wild primate.  In:  Mechanisms of Physical and Emotional Stress, Chrousos G, Loriaux L, Gold P (ed) , Plenum Press.

47. Sapolsky R, l987 Protecting the injured hippocampus by attenuating glucocorticoid secretion.  In:  Molecular Neuropathology of Aging, P Davies, C Finch (ed) Cold Spring Harbor Laboratory Banbury Reports, vol 27.

48. Sapolsky R l993 The physiology of dominance in stable versus unstable social hierarchies.  In:  Primate Social Conflict, W Mason, S Mendoza (ed) SUNY Press, NY, pg l7l.

49. Sapolsky R, Mott G l987 Social subordinance in a wild primate is associated with suppressed HDL-cholesterol concentrations. Endocrinology l2l, l605.

50. Sapolsky R l987 Glucocorticoids and hippocampal damage.  Trends in Neurosicences l0, 346.

51. Sapolsky R l987 The case of the falling nightwatchmen.  Discover, July, 42.

Exhibit G

52. Sapolsky R, Rivier C, Yamamoto G, Plotsky P, Vale W l987 Interleukin-1 activates the adrenocortical stress-response by releasing hypothalamic corticotropin-releasing factor. Science 238, 522.

53. Sapolsky R, Armanini M, Packan D, Tombaugh l987 Stress and glucocortiocids in aging. Endocrinology and Metabolism Clinics of North America l6, 965.

54. Sapolsky R l988 Lessons of the Serengeti. The Sciences, May, 38.

55. Sapolsky R l987 Commentary: Second generation questions about senescent neuron loss. Neurobiology of Aging 8, 547.

56. Sapolsky R, Krey L l988 Stress-induced suppression of LH concentrations in wild baboons: Role of opiates. Journal of Clinical Endocrinology and Metabolism 66, 722.

57. Sarrieau A, Dussaillant M, Sapolsky R, Aitken D, Olivier A, Lal S, Rostene W, Quirion R, Meaney M l988 Glucocorticoid binding sites in human temporal cortex. Brain Research 442, l57.

58. Meaney MJ, Aitken D, Bhatnager S, van Berkel C, Sapolsky R l988 Effect of neonatal handling on age-related impairments associated with the hippocampus. Science 239, 766.

59. Sapolsky R, Meaney M l988 Post-mortem decay in glucocorticoid binding in human and primate brain. Brain Research 448, l82.

60. Sapolsky R, Packan D, Vale W l988 Glucocorticoid toxicity in the hippocampus: In vitro demonstration. Brain Research 453, 367.

6l. Stein BA, Sapolsky R l988 Chemical adrenalectomy reduces hippocampal damage induced by kainic acid. Brain Research 473, l75.

62. Uno H, Tarara R, Else J, Suleman M, Sapolsky R l989 Hippocampal damage associated with prolonged and fatal stress in primates. Journal of Neuroscience 9, l705.

63. Sapolsky R, Stein B l989 Status epilepticus-induced hippocampal damage is modulated by glucose availability. Neuroscience Letters 97, l57.

64. Sapolsky R, Ray J l989 Styles of dominance and their physiological correlates among wild baboons. American Journal of Primatology l8, l.

65. Sapolsky R l990 The adrenocortical axis. In: Schneider E, Rowe J (eds), Handbook of the Biology of Aging, 3rd Ed. Academic Press, NY.

66. Sapolsky R l99l The effects of stress upon hippocampal function. In: Brown M, Rivier K, Koob G (eds) The Neurobiology and Neuroendocrinology of Stress. Marcel Dekker, NY.

68. Miller MM, Antecka E, Sapolsky R l989 Short-term effects of glucocorticoids upon hippocampal ultrastructure. Experimental Brain Research 77, 309.

69. Sapolsky R l989 Hypercortisolism among socially-subordinate wild baboons originates at the CNS level. Archives of General Psychiatry 46, l047.

70. Masters JN, Finch C, Sapolsky R l989 Glucocorticoid endangerment of hippocampal neurons does not involve DNA cleavage. Endocrinology l24, 3083.

7l. Sapolsky R, Morrow E, Tombaugh G l989 Commentary: Venn diagrams of neuronal vulnerability. Neurobiology of Aging, l0, 6l3.

72. Sapolsky R l990 Glucocorticoids, hippocampal damage and the glutamatergic synapse. Progress in Brain Research 86, l3.

73. Sapolsky R l989 Junk food monkeys. Discover, September, 48.

74. Sapolsky R, Armanini M, Packan D, Sutton S, Plotsky P l990 Glucocorticoid feedback inhibition of ACTH-secretagog release: Relationship to corticosteroid receptor occupancy in various limbic sites. Neuroendocrinology 5l, 328.

75. Packan D, Sapolsky R l990 Glucocorticoid endangerment of the hippocampus: Tissue, steroid and receptor specificity. Neuroendocrinology 5l, 6l3.

76. Sapolsky R l990 Stress in the wild. Scientific American, January.

77. Tombaugh GC, Sapolsky R l990 Mild acidosis protects hippocampal neurons from injury induced by oxygen and glucose deprivation. Brain Research, 506, 343.

78. Sapolsky R, Plotsky P l990 Hypercortisolism and its possible neural bases. Biological Psychiatry 27, 937.

79. Tombaugh GC, Sapolsky R l990 Mechanistic distinctions between excitotoxic and acidotic hippocampal damage in an in vitro model of ischemia. Journal of Cerebral Blood Flow and Metabolism l0, 527.

80. Sapolsky R, Armanini M, Sutton S, Plotsky P l989 Elevation of hypophysial portal concentrations of ACTH secretagogs following fornix transection. Endocrinology l25, 288l.

8l. Horner HC, Packan D, Sapolsky R l990 Glucocorticoids inhibit glucose transport in hippocampal neurons and glia. Neuroendocrinology 52, 57.

Exhibit G

Case 1:20-cv-02982   Document 3-3   Filed 04/13/20   Page 13 of 33
Case 1:18-cr-00001-NONE   Document 29-4   Filed 02/03/21   Page 13 of 33

6

82. Meaney MJ, Aitken D, Sapolsky R l99l Postnatal handling attenuates neuroendocrine, anatomical and cognitive dysfunctions associated with aging in female rats.  Neurobiology of Aging l2, 31.

83. Sapolsky R l990 Why you feel crummy when you're sick.  Discover, ll, 66.

84. Tombaugh GC, Sapolsky R l990 Hippocampal glutamine synthetase: Insensitviity to glucocorticids and stress.  American Journal of Physiology  258, E894.

85. Sapolsky R l99l Neuroendocrinology of the stress-response.  In Becker J, Breedlove M, Crews D (ed) Behavioral Endocrinology.  MIT Press.

86. Armanini M, Hutchins C, Stein B, Sapolsky R l990 Glucocorticoid endangerment of hippocampal neurons is NMDA-receptor dependent.  Brain Research 532, 7.

87. Sapolsky R, Uno H, Rebert C, Finch C l990 Hippocampal damage associated with prolonged glucocorticid exposure in primates.  Journal of Neuroscience, l0 2897.

88. Davis H, Colombo P, Stein B, Sapolsky R, Volpe B Attenuation of the morphologic and functional sequlae of kainic acid induced seizures in a rat model of status epilepticus.  Physiology and Behavior, in press.

89. Sapolsky R l990 Adrenocortical function, social rank and personality among wild baboons.  Biological Psychiatry 28, 862.

90. Sapolsky R l99l   Commentary: Energetics and neuron death: hibernating bears or starving refugees?  Neurobiology of Aging l2, 348.

9l. Sapolsky R l99l  Poverty's remains.  The Sciences, September/October.

92. Sapolsky R, Finch C l99l On growing old.  The Sciences, March/April.

93. Raley-Susman K, Cragoe E, Sapolsky R, Kopito R l99l Regulation of intracelloular pH in cultured hippocampal neurons by an amiloride-insensitive Na+/H+ exchanger.  Journal of Biological Chemistry 266, 2739.

94. Sapolsky R l99l Testicular function, social rank and personality among wild baboons.  Psychoneuroendocrinology l6, 28l.

95. Jacobson L, Sapolsky R l99l The role of the hippocampus in feedback regulation of the hypothalamic-pituitary-adrenocortical axis.  Endocrine Reviews l2, ll8.

96. Sapolsky R l992 Do glucocorticoid concentrations rise with age in the rat?  Neurobiology of Aging l3, l7

97. Virgin CE, Ha T, Packan D, Tombaugh G, Yang S, Horner H, Sapolsky R l99l Glucocorticoids inhibit glucose transport and glutamate uptake in hippocampal astrocytes: Implications for glucocorticoid neurotoxicity.  Journal of Neurochemistry 57, l422.

98.  Altmann J, Alberts S, Sapolsky R l992 Endocrine and developmental correlates of unilateral cryptorchidism in a wild baboon.  American Journal of  Primatology 26, 309.

99.   Sapolsky R, Altmann J l99l Incidences of hypercortisolism and dexamethasone resistance increase with age among wild baboons.  Biological Psychiatry, 30, l008.

l00.  Sapolsky R, Zola-Morgan S, Squire L l99l Inhibition of glucocorticoid secretion by the hippocampal formation in the primate.  Journal of Neuroscience ll, 3695.

101.  Sapolsky R, Stein B, Armanini M l99l Long-term adrenalectomy causes loss of dentate gyrus and pyramidal neurons in the adult hippocampus. Experimental Neurology ll4, 246.

102. Elliott EM, Sapolsky R l99l Glucocorticoids, neurotoxicity and calcium regulation.  Paul S, Costa E (eds) Neurosteroids and Brain Function Thieme Medical Publishers.

103.  Raley-Susman K, Kersco K, Owicki J, Sapolsky R l992 Effects of excitotoxin exposure on metabolic rate of primary hippocampal cultures:  Application of silicon microphysiometry to neurobiology.  Journal of Neuroscience l2, 773.

104. Sapolsky R l992 How big is yours?  Discover, March, pg 40.

105. Sapolsky R l993 Endocrinology alfresco:  Psychoendocrine studies of wild baboons.  Recent Progress in Hormone Research 48, 437.

106. Stein-Behrens BA, Elliott E, Miller C, Schilling J, Newcombe R, Sapolsky R l992 Glucocorticoids exacerbate kainic acid-induced extracellular accumulation of excitatory amino acids in the rat hippocampus.  Journal of Neurochemistry 58, 1730.

107. Alberts SC, Altmann J, Sapolsky R l992 Behavioral, endocrine and immunological correlates of immigration by an aggressive male into a natural primate group.  Hormones and Behavior 26, l67.

108.  Tombaugh GC, Yang S, Swanson R, Sapolsky R l992 Glucocorticoids exacerbate hypoxic and hypoglycemic hippocampal injury in vitro: Biochemical correlates and a role for astrocytes.  Journal of Neurochemistry 59, l37.

Exhibit G

l09. Sapolsky R l992 Growing up in a hurry. Discover, June, 40.

ll0. Ray JC, Sapolsky R l992 Styles of male social behavior and their endocrine correlates among high-ranking baboons. American Journal of Primatology 28, 231.

lll. Sapolsky R. l992 Cortisol concentrations and the social significance of rank instability among wild baboons. Psychoneuroendocrinology, l7, 70l

112. Tombaugh GC, Sapolsky R l992 Corticosterone accelerates hypoxia-induced ATP loss in cultured hippocampal astrocytes. Brain Research 588, l54.

113. Elliott EM, Sapolsky R l992 Corticosterone enhances kainic acid-induced calcium mobilization in cultured hippocampal neurons. Journal of Neurochemistry 59, l033.

114. Tombaugh GC, Sapolsky R l993 Endocrine features of glucocorticoid endangerment in hippocampal astrocytes. Neuroendocrinology, 57, 7.

115. Stein-Behrens BA, Sapolsky R l992 Stress, glucocorticoids and aging. Aging: Clinical and Experimental Research 4, l97.

116. Stein-Behrens BA, Adams K, Yeh M, Sapolsky R l992 Failure of beta-amyloid protein fragment 25-35 to cause hippocampal damage in the rat. Neurobiology of Aging l3, 577.

117. Sapolsky R l993 Glucocortiocid neurotoxicity: Is this effect relevant to alcoholic neurotoxicity? In: Zakhari S (ed): Alcohol and the Endocrine System, National Institute on Alcohol Abuse and Alcoholism Monograph # 23.

ll8. Elliott EM, Sapolsky R l993 Corticosterone impairs hippocampal neuronal calcium regulation: Possible mediating mechanisms. Brain Research 602, 84.

119. Sapolsky R l993 Stress and neuroendocrine changes during aging. In: Sprott R, Warner H, Williams T (eds) The Biology of Aging. Springer Publishing.

120. Romero LM, Raley-Susman K, Redish D, Brooke S, Horner H, Sapolsky R l992 A possible mechanism by which stress accelerates growth of virally-derived tumors. Proceedings of the National Academy of Sciences USA 89., ll084.

121. Romero LM, Plotsky P, Sapolsky R l993 Patterns of ACTH secretagog release with hypoglycemia, novelty, and restraint after colchicine blockade of axonal transport. Endocrinology l32, l99.

122. Sapolsky R l993 The young and the reckless. Discover, March, pg 58

123. Elliott EM, Mattson M, Vanderklish P, Lynch G, Chang I, Sapolsky R l993 Corticosterone exacerbates kainate-induced alterations in hippocampal tau immunoreactivity and spectrin proteolysis in vivo. Journal of Neurochemistry, 61, 57.

124. Altmann J, Schoeller D, Altmann S, Muruthi P, Sapolsky R. l993 Body size and fatness of free-living baboons reflect food availability and activity level. American Journal of Primatology, 30, l49.

125. Redish D, Raley-Susman K, Sapolsky R l993 Inhibition of acidification rate in cultured fibroblasts by glucocorticoids: Application of silicon microphysiometry to endocrinology. Hormone and Metabolic Research, 25, 264.

126. Sapolsky R l993 Editorial: Supermonkeys, weaklings and animal models. Biological Psychiatry, 33, 311.

127. Raley-Susman K, Sapolsky R, Kopito R. l993 Cl/HCO3 exchange function differs in adult and fetal rat hippocampal neurons. Brain Research, 614, 308.

128. Ho DY, Mocarski E, Sapolsky R l993 Altering central nervous system physiology with a defective herpes simplex virus vector expressing the glucose transporter gene. Proceedings of the National Academy of Sciences USA, 90, 3655.

129. Tombaugh GC, Sapolsky R l993 Evolving concepts about the role of acidosis in ischemic neuropathology. Journal of Neurochemistry 6l, 793.

130. Sapolsky R, Vogelman J, Orentreich N, Altmann J l993 Senescent decline in serum dehydroepiandrosterone sulfate concentrations in a population of wild baboons. Journal of Gerontology, Biological Sciences 48, l96.

131. Sapolsky R l995 Stress as a pacemaker of senescent neuronal degeneration, and strategies to attenuate its impact. In: Butler R, Brody J (ed) Delaying the Onset of Late-Life Dysfunction Springer, New York.

132. Jacobson L, Brooke S, Sapolsky R l993 Competition by RU 28362 for dexamethasone binding to Type I receptors in rat hippocampal cytosol: Corticosterone is a preferable ligand for measuring rat brain corticosteroid receptors. Brain Research, 625, 84.

133. Sapolsky R l993 Potential behavioral modification of glucocorticoid damage to the hippocampus. Behavioral Brain Research, 57, l75.

<u>Exhibit G</u>

134. Sapolsky R. l994 Fallible instinct.  The Sciences, Jan/Feb, l3.

135.  Jacobson L, Sapolsky R. l993 Acute increases in corticosterone inhibit the augmented ACTH response to stress in adrenalectomized rats replaced with low, constant levels of corticosterone.  Neuroendocrinology, 58, 420.

136. Raley-Susman K, Sapolsky R. l994 In: Lou H, Greisen G, Larsen J (eds) Brain Lesions in the Newborn.  Munksgaard, Copenhagen, pg 257.

137.  Brooke SM, de Haas-Johnson A, Kaplan J, Sapolsky R. l994 Characterization of Type I or Type II corticosteroid receptors in primate brain.  Brain Research, 637, 303.

138.  Lawrence MS, Sapolsky R. l994 Glucocorticoids accelerate ATP loss following metabolic insults in cultured hippocampal neurons.  Brain Research, 646, 303.

139. Sapolsky R l994 Measures of life.  The Sciences, March/April, l0.

140.   Sapolsky R, Share L l994 Rank-related differences in cardiovascular function among wild baboons:  Role of sensitivity to glucocorticoids. American Journal of Primatology, 32, 26l.

141.   Stein-Behrens BA, Lin W, Sapolsky R. l994 Physiological elevations of glucocorticoids potentiate glutamate accumulation in the hippocampus.  Journal of  Neurochemistry, 63, 596.

142.  Stein-Behrens BA, Mattson M, Chang I, Yeh M, Sapolsky R l994 Stress exacerbates neuron loss and cytoskeletal pathology in the hippocampus.  Journal of Neuroscience, 14, 5373.

143.   Sapolsky R. l994 Commentary: Contemplating navels as a moral failing.  Advances, 10, 35.

144.   Brooke S, de Haas Johnson A, Kaplan J, Manuck S, Sapolsky R l994 Dexamethasone resistance among non-human primates associated with social stress and selective depletion of hippocampal glucocorticoid receptors.  Neuroendocrinology, 60, 134.

145.   Sapolsky R l994 The physiological relevance of glucocorticoid endangerment of the hippocampus.  Annals of the New York Academy of Sciences, 746, 294.

146. Sapolsky R l994 Glucocorticoids, stress, and exacerbation of excitotoxic neuron death. Seminars in Neuroscience, 6, 323.

147.  Sapolsky R l994 Individual differences and the stress-response.   Seminars in Neuroscience, 6, 261.

148.   Sapolsky R, Brooke S, Stein-Behrens B.  l995 Methodologic issues in studying glucocorticoid-induced damage to neurons.  Journal of Neuroscience Methods, 58, 1.

149.  Romero LM, Levine S, Sapolsky R.  l994 Patterns of adrenocorticotropin secretagog release in response to social interactions and various degress of novelty. Psychoneuroendocrinology, 20, 183.

150.    Chou YC, Lin W, Sapolsky R. l994 Glucocorticoids increase extracellular [3H]D-aspartate overflow in hippocampal cultures during cyanide-induced ischemia.  Brain Research, 654, 8.

151. Moghaddam B, Bolinao M, Stein-Behrens B, Sapolsky R. l994 Glucocorticoids mediate the stress-induced accumulation of extracellular glutamate. Brain Research, 655, 25l.

152. Ho DY, Fink S, Lawrence M, Meier T, Saydam T, Dash R, Sapolsky R. l995 Herpes simplex virus vector system: Analysis of its in vivo and in vitro cytopathic effects.  Journal of Neuroscience Methods, 57, 205.

153. Sapolsky R, Trafton J, Tombaugh G.  Excitotoxic neuron death, acidotic endangerment, and the paradox of acidotic protection. In: Siesjo B, Wieloch T (eds).  Cellular and Molecular Mechanisms of Ischemic Brain Damage.  Raven Press, in press.

154. Ho DY, Lawrence M, Meier T, Fink S, Dash R, Saydam T, Sapolsky R l995 Use of herpes simplex virus vectors for protection from necrotic neuron death.  In: Kaplitt M, Loewy A (eds), Viral Vectors, Academic Press.

155.  Sapolsky R l994 The solace of patterns.  The Sciences, Nov/Dec 14.

156. Sapolsky R, Ho D. l995 Necrotic neuron death, its exacerbation by stress, and its diminution by gene transfer approaches. Ottoson D, Bartfai T, Hokfelt T, Fuxe K (eds) Challenges and Perspectives in Neuroscience.  Wenner-Gren International Series, Pergamon pg l79.

157. Bruno RL, Sapolsky R, Zimmerman J, Frick N l995 The pathophysiology of post-polio syndrome: A model for post-viral fatigue syndromes and a brain fatigue generator.  Annals of the New York Academy of Sciences,  753, 257.

l58. Sapolsky R. l995 Commentary: Do the salutary effects of food restriction occur because of or despite of the accompanying hyperadrenocorticism?  Neurobiology of Aging, 16, 849.

159.  Sapolsky R. l995 Primate Peekaboo.  Baboon doc sez: everyone likes to watch.  The Sciences, March/April, 18.

Exhibit G

160.. Qin L, Chavin K, Ding Y, Favaro J, Woodward J, Lin J, Tahara H, Robbins P, Shaked A, Ho D, Sapolsky R, Lotze M, Bromberg J. l995 Multiple vectors effectively achieve gene transfer in a murine cardiac transplantation model: Immunosuprrssion with TGF-*1 or vIL-10.  Transplantation, 59, 809.

161.  McEwen BS, Sapolsky R. l995  Stress and cognitive function. Currents Opinions in Neurobiology, 5, 205.

162.  Romero LM, Levine S, Sapolsky R. l995 Adrenocorticotropin secretagog release:  Stimulation by frustration and paradoxically by reward presentation.  Brain Research, 676, 151.

163.  Sapolsky R l996 Social subordinance as a marker of hypercortisolism:  Some unexpected subtleties.  In: Chrousos G,McCarty R, Pacak K, Cizza G, Sternberg E, Gold P, Kvetnansky R Stress: Basic Mechanisms and Clinical Implications.  Annals of the New York Acad Sciences, 771, 626.

164.  Sapolsky R, Balt S. l996 Reductionism and variability in data:  A meta-analysis.  Perspectives in Biology and Medicine, 39, 193.

165. Ho DY, Saydam T, Fink S, Lawrence M, Sapolsky R. l995  Defective herpes simplex virus vectors expressing the rat brain glucose transporter protect cultured neurons from necrotic insults.  Journal of Neurochemistry, 65, 842.

166.  Lawrence MS, Ho D, Dash R, Sapolsky R. l995 A herpes simplex virus vector overexpressing the glucose transporter gene protects against excitotoxic seizures.  Proceedings of the National Academy of Sciences, USA, 92, 7247.

167.  Lawrence MS, Sun G, Kunis D, Saydam T, Dash R, Ho D, Sapolsky R, Steinberg G. l996 Overexpression of the glucose transporter gene with a herpes simplex viral vector protects striatal neurons against stroke.  Journal of Cerebral Blood Flow and Metabolism, 16, 181.

168. Smith-Swintosky V, Pettigrew L, Sapolsky R, Phares C, Craddock S, Brooke S, Mattson M. l996 Metyrapone, an inhibitor of glucocorticoid production, reduces brain injury induced by focal and global ischemia and seizures.  Journal of Cerebral Blood Flow and  Metabolism, 16, 585.

169. Sapolsky R  l995 Ego boundaries, or the fit of my father's  shirt.  Discover, November, 62.

170. Sapolsky R. Individual differences in the adrenocortical  response to psychosocial stress.  In: Halbreich U (editor): Hormones,  Brain and Neuropsychopharmacology.  APA Press, in press.

171.  Altmann J, Sapolsky R, Licht P.  l995 Baboon fertility and social status.  Nature 377, 688.

172.  Dash R,  Lawrence M, Ho D, Sapolsky R. l996 A herpes simplex  virus vector overexpressing the glucose transporter gene protects the rat  dentate gyrus from an antimetabolite toxin.  Experimental Neurology, 137, 43.

173. McIntosh LJ, Sapolsky R. l997 Glucocorticoids may enhance oxygen radical-mediated neurotoxicity.  NeuroToxicology, 17, 873.

174. Lawrence MS, Ho D, Sun G, Steinberg G, Sapolsky R. l996 Overexpression of Bcl-2 with herpes simplex virus vectors protects CNS  neurons against neurologic insults in vitro and in vivo.  Journal of Neuroscience, 16, 486.

175.  Brooke SM, Trafton J, Sapolsky R l996 Autofluorescence as a confound in the determination of calcium levels in hippocampal slice  using Fura-2AM dye.  Brain Research, 706, 283.

176. Romero LM, Sapolsky R. l996 Patterns of ACTH secretagog secretion in response to psychological stimuli.  Journal of Neuroendocrinology, 8, 243.

177. Sapolsky R. l996 The graying of the troops.  Discover, March,  46.

178.  Sapolsky R. l996 Why should an aged male baboon transfer troops? American Journal of Primatology, 39, 149.

179. McIntosh L, Sapolsky R. l996 Glucocorticoids: Deleterious   effects on neurons and potential exacerbation of environmental neurotoxicity.   In: Harvey P (ed) The Adrenal in Toxicology: Target Organ and Modulator of Toxicity.  Taylor and Francis, London.

180. Fink S, Ho D, Sapolsky R l996 Energy- and  glutamate-dependency of 3-nitropropionic acid neurotoxicity in culture.  Experimental Neurology, 138, 298.

181. Sapolsky R. l996 Stress, glucocorticoids, and damage to the  nervous system.  The current state of confusion.  Stress, 1, 1.

182. McIntosh LJ, Sapolsky R l996 Hormonal modulators of cerebral  ischemia.  In: Korf J (ed) The Clinical Pharmacology of Cerebral Ischemia. Academic Press.

183. Tsai L, Sapolsky R. l996 Rapid stimulatory effects of testosterone upon myotubule metabolism and hexose transport, as assesed by  silicon microphysiometry.  Aggressive Behavior, 22, 357.

184. Ho D, McLaughlin J, Sapolsky R. l996 Inducible gene  expression from defective herpes

simplex virus vectors using the  tetracycline-responsive promoter system.  Molecular Brain Research, 41, 200.

185. Trafton J, Tombaugh G, Yang S, Sapolsky R. l996 Salutary and  deleterious effects of acidity on metabolic rate and ATP concentrations in CNS cultures.  Brain Research, 731, 122.

186. Sapolsky R. l996 The price of propriety.  The Sciences, July/August, 14.

187. Sapolsky R l996 Why stress is bad for your brain.  Science  273, 749.

188. McIntosh LJ, Sapolsky R.  l996 Glucocorticoids increase oxidative parameters in hippocampal and cortical neuronal cultures exposed to adriamycin.   Experimental Neurology, 141, 201.

189. Sapolsky R l997 Deleterious and salutary effects of steroid hormones in the nervous system: Possible mediating cellular mechanisms. In: Mattson, M (ed) Neuroprotective Signal Transduction, Humana Press, pg 259.

190.  Sapolsky R 2001 The physiological and pathophysiological implications of social stress in mammals.  In: McEwen, B (ed) Handbook of Physiology, Section 7, Volume IV: Coping with the environment: Neural and  endocrine mechanisms.   Oxford University Press, pg 517.

191. Chan RS, Huey ED, Maecker HL, Cortopassi KM, Howard SA, Iyer,  AM, McIntosh LJ, Ajilore OA, Brooke SM, Sapolsky RM. l996 Endocrine  modulators of necrotic neuron death.  Brain Pathology, 6, 481.

192.  Fink SL, Chang L, Ho D, Sapolsky R. l997 Defective herpes simplex virus vectors expressing the rat brain stress-inducible heat shock protein 72 protect cultured neurons from severe heat shock.   Journal of Neurochemistry, 68, 961.

193. Maecker H, Desai A, Dash R, Rivier J, Vale W, Sapolsky R. l997 Astressin, a novel and potent CRF antagonist, is neuroprotective in the hippocampus when administered after a seizure. Brain Research 744, 166.

194. Sapolsky R, Alberts S, Altmann J. l997 Hypercortisolism associated with social subordinance or social isolation among wild baboons.  Archives of General  Psychiatry, 54, 1137.

195.  Sapolsky R l997 Requiem for an overachiever.  The Sciences, January, 15.

196.  Virgin CE, Sapolsky R. l997 Styles of male social behavior and their endocrine correlates among low-ranking baboons.  American Journal of Primatology, 42, 25.

197.  Ajilore O, Sapolsky R. l997 Application of silicon microphysiometry to tissue slices: Detection of metabolic correlates of selective vulnerability.   Brain Research, 752, 99.

198.  Sapolsky R. l997 Testosterone rules.  Discover, March, 44.

199. Sapolsky  1999 The physiology and pathophysiology of unhappiness.  In: Kahneman D, Diener E, Schwarz N.    Well-Being:  The Foundations of Hedonic Psychology.  New York, Russell Sage Foundation, pg 453.

200. Ho DY, Sapolsky R. l997 Gene therapy in the nervous system.  Scientific American, July, 116.

201. Lawrence MS, Sun G, Ho D, McIntosh L, Kunis D, McLaughlin J, Sapolsky R, Steinberg G l997 Herpes simplex viral vectors expressing Bcl-2 are neuroprotective when delivered following a stroke.  Journal of Cerebral Blood Flow and Metabolism, 17, 740.

200a. Letters in Science.

202.  Sapolsky R. Hormonal correlates of personality and social contexts:  From non-human to human primates.  1999 In: Panter-Brick C, Worthman C (eds) Hormones, Health and Behaviour: A Socio-Ecological and Lifespan Perspective.  Cambridge University Press, pg 18.

203. Sapolsky R. l997 McEwen-induced modulation of endocrine history: A partial review. Stress, 2, 1.

204.  Sapolsky R 1998 Sex and the single monkey.  The Sciences, July/August 10.

205.  Sapolsky R.  2005 Are the desert people winning?  Discover, August, 38.

206.  Sapolsky R.  l997 A gene for nothing.  Discover, October, pg 40.

207. Meier TJ, Ho D, Sapolsky R l997 Increased expression of calbindin D28K via herpes simplex virus amplicon vector decreases calcium ion mobilization and enhances neuronal survival following hypoglycemic challenge. Journal of Neurochemistry, 69. 1039.

208. Sapolsky R, Spencer EM. l997  Social subordinance is associated with suppression of insulin-like growth factor I (IGF-I) in a population of wild primates.  American Journal of Physiology, 273, R1346.

209.  Sapolsky R. l997   The role of upholstery in cardiovascular physiology.   Discover, November, 58.

210. Brooke SM, Chan R, Howard S, Sapolsky R. l997 Endocrine modulation of the neurotoxicity of gp120: Implications for AIDS-related dementia complex. Proceedings of the National Academy of Science, USA, 94, 9457.

211. Roozendaal B, Sapolsky R, McGaugh J. 1998 Basolateral amygdala lesions block the effects of long-term adrenalectomy on spatial learning, but not dentate gyrus degeneration. Neuroscience, 84, 453.

212. Sapolsky R l997 The importance of a well-groomed child. Science 277, 1620.

213. Lee S, Williams J, Lothman E, Szele F, Chesselet M, Sapolsky R, Mattson M, Christakos S l997 Early induction of mRNA for calbindin-D28K and BDNF but not NT-3 in rat hippocampus after kainic acid treatment. Molecular Brain Research, 47, 183.

214. Sapolsky R, Share L. l997 Darting terrestrial primates in the wild: A primer. American Journal of Primatology, 44, 155.

215. Sapolsky R l998 How the other half heals. Discover, April, 46.

216. Spencer EM, Sapolsky R l998 Directions for research into the insulin-like growth factor system as the millennium approaches. International Congress on IGF; Elsevier Int. Congress Series, in press.

217. McIntosh LJ, Hong K, Sapolsky R 1998 Glucocorticoids may alter antioxidant enzyme capacity in the brain: baseline studies. Brain Research, 791, 209.

218. McIntosh LJ, Cortopassi K, Sapolsky R 1998 Glucocorticoids may alter antioxidant enzyme capacity in the brain: Kainic acid studies. Brain Research, 791, 215.

219. Sapolsky R l998 Open season. The New Yorker, March 30, page 57.

220. Brooke S, Howard S, Sapolsky R l998 Energy-dependency of glucocorticoid exacerbation of gp120 neurotoxicity. Journal of Neurochemistry, 71, 1187.

221. Meier T, Ho D, Park T, Sapolsky R l998 Gene transfer of calbindin D28K cDNA via herpes simplex virus amplicon vector decreases calcium ion mobilization and enhances neuronal survival following glutamatergic challenge but not following cyanide. Journal of Neurochemistry, 71, 1013.

222. Yenari M, Fink S, Sun G, Chang L, Patel M, Kunis D, Onley D, Ho D, Sapolsky R, Steinberg, G 1998 Gene therapy with hsp72 is neuroprotective in rat models of stroke and epilepsy. Annals of Neurology, 44, 584.

223. Sapolsky R. 1998 The stress of Gulf War syndrome. Nature, 393, 308.

224. Sapolsky R, Ho D, McLaughlin, J 1998 The ins and outs of on and off. Nature Biotechnology, 16, 516.

225. Yenari M, Lawrence M, Sun G, Ho D, Kunis D, Sapolsky R, Steinberg G 1996 Herpes simplex viral vectors expressing bcl-2 are neuroprotective against focal ischemia. In: Krieglstein J (ed) Pharmacology of Cerebral Ischemia 1996. Medpharm, Stuttgart, 537.

226. Yenari M. A., Fink S. L., Lawrence M. S., Sun G. H., McLaughlin J., Onley D., Ho D. Y., Sapolsky R. M. and Steinberg G. 1998 Gene transfer therapy for cerebral ischemia. In: J. Krieglstein and H. Oberpichler-Schwenk (Eds.), Pharmacology of Cerebral Ischemia, Medpharm Scientific Publishers, Stuttgart, 453.

227. Sapolsky, R. 2000 Physiological correlates of individual dominance styles. In: Aureli F, de Waal F (eds), Natural Conflict Resolution, Univ. California Press.

228. Iyer A, Brooke S, Sapolsky R. 1998 Glucocorticoids interact with gp120 in causing neurotoxicity in striatal cultures. Brain Research, 808, 305.

229. Sapolsky R 1999 Stress and your brain. Discover. March, 116.

230. Sapolsky R Primate hierarchies and personality. 2000 In: Fink G (ed), Encyclopedia of Stress. Academic Press, pg 221.

231. Sapolsky R. Glucocorticoids, neuroendangerment and neurotoxicity. 2000 In: Fink G (ed) Encyclopedia of Stress. Academic Press, pg 238.

232. Suleman M, Yolei D, Wango E, Sapolsky R, Kithome K, Carlsson H, Hau J 1999 Peripheral blood lymphocyte immunocompetence in wild African green monkeys (Cercopithecus aethiops) and the effects of capture and confinment. In Vivo, 13, 25.

233. Sapolsky R, Finch C 1999 The Alzheimer's lottery. Natural History, September, 22.

234. Ajilore O, Sapolsky R. 1999 In vivo characterization of 11-beta-hydroxysteroid dehydrogenase in rat hippocampus using glucocorticoid neuroendangerment as an endpoint. Neuroendocrinology, 69, 138.

235. Sapolsky R. 1999 An outsider's commentary. Advances, 15, 72.

236. Maggioncalda A, Sapolsky R, Czekala N 1999 Reproductive hormone profiles in captive male orangutans: Implications for understanding developmental arrest.  American Journal of Physical Anthropology, 109, 19.

237. Sapolsky R. 1999 Nursery crimes.  The Sciences: May/June, 20.

238. Lombroso P, Sapolsky R 1998 Development of the cerebral cortex: XII.  Stress and brain development.   Journal of the American Academy of Child and  Adolescent Psychiatry 37, 1337.

239.  Howard S, Nakayama A, Brooke S, Sapolsky R. 1999 Glucocorticoid modulation of gp120-induced effects on calcium-dependent degenerative events in primary hippocampal and cortical cultures.  Experimental Neurology 158, 164.

240.  Phillips R, Meier T, Giuli L, McLaughlin J, Ho D, Sapolsky R. 1999 Calbindin D28K gene-transfer via herpes simplex virus amplicon vector decreases hippocampal damage in vivo following neurotoxic insults.  Journal of Neurochemistry 73, 1200.

241. Sapolsky R. 1999 The war between men and women.  Discover, May, 56.

242.  Brooke S, Bliss T, Franklin L, Sapolsky R. 1999 Quantification of neuron survival in monolayer cultures using an ELISA approach, rather than by cell counting.   Neuroscience Letters, 267, 21.

243.  Roy M, Sapolsky R. 1999  Neuronal apoptosis in acute necrotic insults:  Why is this subject such a mess? Trends in Neurosciences, 22, 419.

244.  Finch C, Sapolsky R. 1999 The evolution of Alzheimer disease, the reproductive schedule, and ApoE isoforms.  Neurobiology Aging, 20, 407.

245.  Sapolsky R. 1999 Stress, glucocorticoids and their adverse neurological effects: Relevance to aging.  Experimental Gerontology 34, 721.

246. Dumas T, McLaughlin J, Ho D, Meier T,  Sapolsky R. 1999 Delivery of herpes simplex virus amplicon-based vectors to the dentate gyrus does not alter hippocampal synaptic transmission in vivo.  Gene Therapy, 6, 1679.

247. Sapolsky R, Romero M, Munck A 2000 How do glucocorticoids influence the stress-response?  Integrating permissive, suppressive, stimulatory, and preparative actions.   Endocrine Reviews, 21, 55.

248. Sapolsky R, Steinberg G 1999 Gene therapy for acute neurological insults.  Neurology, 10, 1922.

249. Sephton S, Kraemer H, Sapolsky R, Spiegel D. 2000 Early mortality in metastatic breast cancer patients with absent or abnormal diurnal cortisol rhythms.  Journal of the National Cancer Institute 92, 994.

250. Yenari M, Giffard R, Sapolsky R, Steinberg G 1999 The neuroprotective potential of heat shock protein 70.  Molecular Medicine Today, 5, 525.

251. Brooke S, Sapolsky R  2000 A cautionary note: The actions of adenosine agonists and antagonists may be reversed under certain conditions in primary cultures.   Brain Research Bulletin, 51, 307.

252. Yusim A, Franklin L, Brooke S, Ajilore O, Sapolsky R. 2000 Glucocorticoids exacerbate the deleterious effects of gp120 in hippocampal and cortical explants.  Journal of Neurochemistry, 74, 1000.

253. Phillips R, Lawrence M, Ho D, Sapolsky R  2000 Limitations in the neuroprotective potential of gene therapy with Bcl-2.  Brain Research, 859, 202.

254. Fink S, Ho D, McLaughlin J, Sapolsky R 2000 An adenoviral vector expressing the glucose transporter protects cultured striatal neurons from 3-nitropropionic acid.   Brain Research, 859, 21.

255. Maggioncalda A, Czekala N, Sapolsky R 2000 Growth hormone and thyroid stimulating hormone concentrations in captive male orangutans: Implications for understanding developmental arrest.  American Journal of Primatology 50, 67.

256. Sapolsky R 2001 What do females want?  Natural History, December, 110, 18.

257. Sapolsky R 2000 Genetic hyping.  The Sciences, March/April, 12.

258.  Brooke S, Sapolsky R 2000   The effects of steroid hormones in HIV-related neurotoxicity: A mini review.  Biological Psychiatry, 48, 881.

259.  Tsai D, Ho J, Ozawa C, Sapolsky R 2000  Long term expression driven by herpes simplex virus type-1 amplicons may fail due to eventual degradation or extrusion of introduced transgenes. Experimental Neurology, 165, 1.

13

260. Yusim A, Ajilore O, Bliss T, Sapolsky R 2000 Glucocorticoids exacerbate insult-induced declines in metabolism in selectively vulnerable hippocampal cell fields.  Brain Research, 870, 109.

261. Sapolsky R, Finch C.  2000 Alzheimer's disease and some speculations about the evolution of its modifiers.  Annals of the New York Academy of Sciences, 924, 99.

262. Ozawa C, Ho J, Tsai D, Ho D, Sapolsky R  2000  Neuroprotective potential of a stress-induced viral vector system.  Proceedings National Academy of Sciences, USA, 97, 9270.

263. Dumas T, McLaughlin J, Ho D, Lawrence M, Sapolsky R 2000 Gene therapies that enhance hippocampal neuron survival after an excitotoxic insult are not equivalent in their ability to maintain synaptic transmission. Experimental Neurology, 166, 180.

264. Sapolsky R   2000 Glucocorticoids and hippocampal atrophy in neuropsychiatric disorders.  Archives of General Psychiatry, 57, 925.

265. Sapolsky R 2000 The possibility of neurotoxicity in the hippocampus in major depression: A primer on neuron death.  Biological Psychiatry, 48, 755.

266. McLaughlin J, Roozendaal B, Gupta A, Ajilore O, Dumas T, Hsieh J, Ho D, Lawrence M, McGaugh J, Sapolsky R. 2000 Sparing neuronal function post-seizure with gene therapy. Proceedings National Academy of Sciences, USA, 97, 12804.

267. Sapolsky R 2001   Cellular defenses against excitotoxic insults. Journal of Neurochemistry 76, 1601.

268. Sapolsky R 2000 Stress hormones: good and bad.  Neurobiology of Disease, 7: 540.

269. Yenari M, Dumas T, Sapolsky R, Steinberg G 2001 Gene therapy for treatment of cerebral ischemia using defective herpes simplex viral vectors.  Annals of the New York Academy of Sciences, 939, 340.

270. Sapolsky R 2001 Atrophy of the hippocampus in post-traumatic stress disorder: how and when?  Hippocampus, 11, 90.

271.Yenari M, Dumas T, Sapolsky R, Steinberg G 2000 The role of gene therapy in acute cerebral ischemia.  In: Krieglstein J, Klumpp S (eds) Pharmacology of Cerebral Ischmia.  Medpharm Scientific Publishers, Stuttgart, 457.

272. Sapolsky R 2001 Wild dreams.  Discover, 22, 36.

273. Sapolsky R 2002 All the rage.  Men's Health, April, page 104.

274.  Howard S, Brooke S, Sapolsky R 2001 Mechanisms of estrogenic protection against gp120-induced neurotoxicity.  Experimental Neurology, 168, 385.

275.  Phillips R, Monje M, Giuli L, Meier T, Yenari M, Kunis D, Sapolsky R 2001 Gene therapy effectiveness differs for neuronal survival and behavioral performance.  Gene Therapy, 8, 579.

276.Sapolsky R. 2001 Fossey in the mist.  Discover, February, pg 74.

277.  Yenari M, Minami M, Sun G, Meier T, Ho D, Sapolsky R, Steinberg G 2001 Calbindin D28K overexpression protects striatal neurons from transient focal cerebral ischemia.  Stroke, 32, 1028.

278.  Roy M, Hom J, Sapolsky R 2001 Neuroprotection with herpes simplex viral vectors expressing virally derived anti-apoptotic agents.  Brain Research, 901, 12.

279.  Bliss T, Sapolsky R 2001 Interactions between glucose, lactate and adenosine regulate energy substrate utilization in hippocampal cultures.  Brain Research, 899, 134.

280.  Neylan T, Canick J, Hall S, Reus, V, Sapolsky, R, Wolkowitz O 2001 Cortisol levels predict cognitive impairment induced by electroconvulsive therapy. Biological Psychiatry,  50, 331

281.  Xu L, Sapolsky R, Giffard R 2001 Differential sensitivity of murine astrocytes and neurons from different brain regions to injury.  Experimental Neurology, 169, 416.

282.  Sapolsky R 2002 Endocrinology of the stress-response In: Becker J, Breedlove S, Crews D, McCarthy M (eds), Behavioral Endocrinology, 2nd edition.  MIT Press.

283.  Monje M, Phillips R, Sapolsky R 2001 Calbindin overexpression buffers hippocampal cultures from the energetic impairments caused by glutamate.  Brain Research, 911, 37.

284.  Gupta A, Ho D, Brooke S, Franklin L, Roy M, McLaughlin J, Fink S, Sapolsky R 2001 Neuroprotective effects of an adenoviral vector expressing the glucose transporter: A detailed description of the mediating cellular events.  Brain Research, 908 49.

285.  Ogle W, Sapolsky R 2001 Gene therapy and the aging nervous system.  Mechanisms of Ageing and Development, 122, 1555.

286. Yenari MA, Dumas TC, Sapolsky RM & Steinberg GK 2001 Gene therapy for treatment of cerebral ischemia using defective herpes simplex viral vectors, Neurol Res 23, 543.

Exhibit G

287. Patel M, McIntosh L, Bliss T, Ho D, Sapolsky R 2001 Interactions among ascorbate, dehydroascorbate and glucose transport in cultured hippocampal neurons and glia.  Brain Research, 916, 127.

288. Hoehn B, Ringer T, Xu L, Giffard R, Sapolsky R, Steinberg G, Yenari M 2001  The overexpression of HSP72 after the induction of experimental stroke protects neurons from ischemic damage.  Journal of Cerebral Blood Flow and Metabolism, 21, 1303.

289. Dumas T, Sapolsky R 2001  Gene therapy against neurological insults: sparing neurons versus sparing function.  Trends in Neurosciences, 24, 695.

290. Lee A, Ogle W, Sapolsky R 2002  Stress and depression: Possible links to neuron death in the hippocampus.  Bipolar Disorders, 4, 117.

291.  Sapolsky R 2002 Will we still be sad fifty years from now? Brockman J (ed) The Next Fifty Years.  Vintage Books, pg 105.

292.  Sapolsky R 2001 Depression, antidepressants, and the shrinking hippocampus. Proceedings National Academy of Sciences, 98, 12320.

293.  Hairston I, Peyron C, Brooke S, Denning D, Ruby N, Heller H, Sapolsky R 2001 Sleep deprivation increases plasma corticosterone levels in neonatal rats during the stress hyporesponsive period.  Neuroscience Letters, 315, 29.

294.  Sapolsky R 2002 Why we want their bodies back.  Discover, February, 64.

295.  Roozendaal B, Phillips R, Power A, Brooke S, Sapolsky R, McGaugh J 2001 Memory retrieval impairment induced by hippocampal CA3 lesions is blocked by adrenocortical suppression with metyrapone.  Nature Neuroscience, 4:1169.

296.  Roy, M, Hom J, Sapolsky R 2002    HSV-mediated delivery of virally derived anti-apoptotic genes protects the rat hippocampus from damage following excitotoxicity but not metabolic disruption, Gene Therapy, 9, 214.

297.Kemnitz J, Sapolsky R, Altmann J, Muruthi P, Mott G, Stefanick M 2002. Effects of food availability on insulin and lipid levels in free-ranging baboons.  American Journal of Primatology, 57, 13.

298. Brooke S, McLaughlin J, Cortopassi K, Sapolsky R 2002  Effect of gp120 on glutathione peroxidase activity in cortical cultures and the interaction with steroid hormones.   Journal of Neurochemistry, 81, 277.

299. Maggioncalda A, Czekala N, Sapolsky R 2002 Male orangutan subadulthod: a new twist in the relationship between chronic stress and developmental arrest.  American Journal of Physical Anthropology 118, 25.

300. Maggioncalda A, Sapolsky R. 2002 Disturbing behaviors of the orangutan.  Scientific American, June, 60.

301. Brooke S, Sapolsky R 2002  Glucocorticoid exacerbation of gp120 neurotoxicity: role of microglia.  Experimental Neurology, 177, 151.

302. Patel R, McIntosh L, McLaughlin J, Brooke S, Nimon V, Sapolsky R.  2002 Disruptive effects of glucocorticoids on glutathione peroxidase biochemistry in hippocampal cultures.  Journal of Neurochemistry, 82, 118.

303.Sapolsky R.  2002 Cheaters and chumps.  Natural History, June, pg 20.

304.  Kelly S, Zhang Z, Zhao H, Xu L, Giffard R, Sapolsky R, Yenari M, Steinberg G 2002. Gene transfer of HSP72 protects cornu ammonis neurons from global ischemia: influence of bcl-2.  Annals of Neurology, 52, 160.

305. Dinkel K, Ogle W, Sapolsky R 2002 Glucocorticoids and CNS inflammation.  Journal of NeuroVirology, 8, 513.

306. Howard S, Bottino C, Brooke S, Cheng E, Giffard R, Sapolsky R 2002 Neuroprotective effects of bcl-2 overexpression in hippocampal cultures: Interactions with pathways of oxidative damage.  Journal of Neurochemistry, 83, 914.

307. Zemlyak I, Brooke S, Sapolsky R 2002 Protection against gp120-induced neurotoxicity by an array of estrogenic steroids.  Brain Research, 958, 272.

308. Sapolsky R 2003 Gene therapy for psychiatric disorders.    American Journal of Psychiatry, 160, 208.

309. Abbott D, Keverne E, Bercovitch F, Shively C, Mendoza S, Saltzman W, Snowdon C, Ziegler T, Banjevic M, Garland T, Sapolsky R 2003  Are subordinates always stressed?  A comparative analysis of rank differences in cortisol levels among primates.   Hormones and Behavior,43, 67.

Exhibit G

310. Sapolsky, R 2002 Chicken, eggs and hippocampal atrophy.  Nature Neuroscience, 5, 1111.

311. Sapolsky R 2003 Neuroprotective gene therapy.  Nature Reviews Neuroscience, 4, 61.

312.Roy  M,  Sapolsky  R  2003  The  exacerbation  of  hippocampal  excitotoxicity  by glucocorticoids is not mediated by apoptosis.  Neuroendocrinology, 77, 24.

313.Dinkel  K,  MacPherson  A,  Sapolsky  R  2003  Novel  glucocorticoid  effects  on  acute inflammation in the central nervous system.  Journal of Neurochemistry, 84, 705

314.Wingfield J, Sapolsky R 2003  Reproduction and resistance to stress:  when and how. Journal of Neuroendocrinology, 15, 711.

315.Sapolsky R 2003 Bugs in the brain.  Scientific American, March, pg 94.

316.Banks, W, Altmann J, Sapolsky R, Phillips-Conroy J, Morley J..2003  Serum leptin levels as a marker for a Syndrome X-like condition in wild baboons. Journal of Clinical Endocrinology and Metabolism, 88, 1234.

317.Sapolsky R 2003 Altering behavior with gene transfer in the limbic system.  Physiology and Behavior, 79, 479.

318.Zhao  H,  Yenari  M,  Cheng  D,  Sapolsky  R,  Steinberg  G  2003  Bcl-2  overexpression protects against neuron loss within the ischemic margin following experimental stroke and inhibits cytochrome c translocation and caspase-3 activation.  Journal of Neurochemistry, 85, 1026.

319.Sapolsky R. Stress, social rank and personality. 2004  In: Beckoff, M (ed), Encyclopedia of Animal Behavior, Greenwood Publishing, Westport CT,  Pg 828.

320. Sapolsky R 2003 The pleasures (and pain) of "maybe."   Natural History, September, pg 22.

321. Brooke S, Sapolsky R 2003 Effects of glucocorticoids in the gp120-induced inhibition of glutamate uptake in hippocampal cultures.  Brain Research, 972, 137.

322. Zhao H, Yenari M, Sapolsky R, Steinberg G. 2003 Prospects for treatment of stroke using gene therapy.    Expert Review of Neurotherapeutics, 3, 357

323. Sapolsky R, Ehrlich P 2003 The call of the rare.  Discover, November, 60.

324. Sapolsky R 2003  Stress and plasticity in the limbic system.  Neurochemical Research, 28, 1735.

325.  Lim M, Brooke S, Sapolsky R. 2003  gp120 neurotoxicity fails to induce heat shock defenses, while the overexpression of hsp70 protects against gp120.   Brain Research Bulletin, 61, 183.

326. Roy M, Sapolsky R 2003 The neuroprotective mechanisms of virally-derived caspase inhibitors p35 and crmA following necrotic neuron death.  Neurobiology of Disease, 14, 1

327.Lee A, Dumas T, Tarapore P, Webster B, Ho D, Kaufer D, Sapolsky R. 2003 Potassium channel gene therapy can prevent neuron death resulting from necrotic and apoptotic insults.  Journal of Neurochemistry, 86, 1079.

328.  Hoehn  B,  Yenari  M,  Sapolsky  R,  Steinberg  G  2003  Glutathione  peroxidase overexpression inhibits cytochrome c release and pro-apoptotic mediators, to protect neurons from experimental stroke.  Stroke, 34, 2489

329.Sapolsky  R  2004  Stress  and  cognition.    In:  Gazzaniga  M,  (ed)  The  Cognitive Neurosciences, 3nd edition, MIT Press, page 1031.

330. Sapolsky R 2003  Taming stress.  Scientific American, September, pg 86

331. Sapolsky R Anatomy of a bad mood. 2003  Men's Health. September, page 124

332. Dumas T, Powers E, Tarapore P, Sapolsky R 2004 Overexpression of calbindin D28k in dentate granule cells potentiates mossy fiber presynaptic function, reduces long-term potentiation and impairs hippocampal-dependent memory.  Hippocampus,  14, 701.

333. Yenari M, Zhao H, Giffard R, Sobel R, Sapolsky R, Steinberg G 2003 Gene therapy and hypothermia for stroke treatment.   Annals of the New York Academy of Sciences.  993, 54.

334. Wang H, Cheng E, Brooke S, Chang P, Sapolsky R 2003 Overexpression of antioxidant enzymes  protects  cultured  hippocampal  and  cortical  neurons  from  necrotic  insults.    Journal  of Neurochemistry, 87, 1527

335. Sapolsky R 2004 Mountain gorilla and Yeshiva boy.  In: Brockman J (ed), Curious Minds: How a Child Becomes a Scientist.  Pantheon Books, New York, pg 19.

336. Dinkel K, Sapolsky R 2004 Adverse glucocorticoid actions and their relevance to brain ageing.  In: Straub R, Mocchegiani E  (ed), Neuroendocrine Immune Networks in Ageing.  Elsevier, pg 331.

337. Dinkel K, Dhabhar F, Sapolsky R 2004 Neurotoxic effects of polymorphonuclear granulocytes on hippocampal primary cultures. Proceedings of the National Academy of Sciences, USA, 101 331.

338. Sapolsky R 2004 Your personal pathology. Scientific American Mind, 14, 94.

339. Gu W, Zhao H, Yenari M, Sapolsky R, Steinberg G 2004 Catalase overexpression protects striatal neurons from transient focal cerebral ischemia. NeuroReport, 15, 413.

340. Zhao H, Yenari M, Cheng D, Sapolsky R, Steinberg G 2004 Mild postischemic hypothermia prolongs the time window for gene therapy by inhibiting cytochrome c release. Stroke, 35, 572.

341. Zhao H, Yenari M, Cheng D, Barreto-Chang O, Sapolsky R, Steinberg G 2004 Bcl-2 transfection via herpes simplex virus blocks AIF translocation after focal ischemia in rat. Journal of Cerebral Blood Flow and Metabolism, 24, 681.

342. Hairston I, Peyron C, Denning D, Ruby N, Flores J, Sapolsky R, Heller H, O'Hara B 2004 Sleep deprivation effects on growth factor expression in neonatal rats: A potential role for BDNF in the mediation of delta power. Journal of Neurophysiology, 91, 1586.

343. Sapolsky R 2004 Social status and health in humans and other animals. Annual Review of Anthropology, i33, 393.

344. Zhao H, Yenari M, Cheng D, Barreto-Chang O, Sapolsky R, Steinberg G 2004 Bcl-2 Transfection via herpes simplex virus blocks AIF translocation after focal ischemia in rat. Journal of Cerebral Blood Flow and Metabolism 24 681.

345. Sapolsky R, Share L 2004 A pacific culture among wild baboons, its emergence and transmission. Public Library of Science Biology, 2, E106.

346. Gip P, Hagiwara G, Sapolsky R, Cao V, Heller H, Ruby N 2004 Glucocorticoids influence brain glycogen levels during sleep deprivation. American Journal of Physiology, 286, R1057.

347. Yenari M, Sapolsky R Gene therapy in neurological disease. In: Read S, Virley D (eds): Stroke Genomics: Methods and Protocols. Humana Press, in press.

348. Sapolsky R 2004 Is impaired neurogenesis relevant to the affective symptoms of depression? Biological Psychiatry, 56, 137.

349. Sapolsky R 2004 Of mice, men, and genes. Natural History, May, 21.

350. Bliss T, Ip M, Cheng E, Minami M, Pellerin L, Magistretti P, Sapolsky R 2004 Dual-gene, dual-cell type therapy against an excitotoxic insult by bolstering neuroenergetics. Journal of Neuroscience, 24, 6202.

351. Sapolsky R 2004 Mothering style and methylation. Nature Neuroscience, 7, 791.

352. Suleman M, Wango E, Sapolsky R, Odongo H, Hau J 2004 Physiologic manifestations of stress from capture and restraint of free-ranging male African green monkeys (Cercopithecus aethiops). Journal of Zoo and Wildlife Medicine 35, 20.

353. Kaufer D, Ogle W, Pincus Z, Clark K, Nicholas A, Dinkel K, Dumas T, Ferguson D, Lee A, Winters M, Sapolsky R 2004 Restructuring the neuronal stress response with anti-glucocorticoid gene delivery. Nature Neuroscience, 7, 947.

354. Giffard R, Xu L, Zhao H, Carrico W, Ouyang Y, Qiao Y, Sapolsky R, Steinberg G, Hu B, Yenari M 2004 Chaperones, protein aggregation, and brain protection from hypoxic/ischemic injury. Journal of Experimental Biology 207, 3213.

355. Sapolsky R 2004 Stressed-out memories. Scientific American, in press.

356. Yenari M, Sapolsky R 2004 Gene therapy in neurological disease. Methods in Molecular Medicine 104, 75.

357. Sapolsky R 2004 Organismal stress and telomeric aging: an unexpected connection. Proceedings of the National Academy of Sciences, 101, 17323.

358. Zhao H, Yenari M, Cheng D, Sapolsky R, Steinberg G 2005 Biphasic cytochrome c release after transient global ischemia and its inhibition by hypothermia. Journal of Cerebral Blood Flow and Metabolism, 25, 1119.

359. Sapolsky R 2004 The frontal cortex and the criminal justice system. Philosophical Transactions of the Royal Society of London, Biological Sciences 359, 1787.

360. Nair S, Karst H, Dumas T, Phillips R, Sapolsky R, Rumpff-van Essen L, Maslam S, Lucassen P, Joels M 2004 Gene expression profiles associated with survival of individual rat dentate cells after endogenous corticosteroid deprivation. European Journal of Neuroscience, 20, 3233.

361.  Lazarov O, Robinson J, Tang Y, Hairston I, Korade-Mirnics Z, Lee V, Hersch L, Sapolsky R, Mirnics K, Sisodia S 2005 Environmental enrichment reduces A-beta levels and amyloid deposition in transgenic mice.  Cell, 120, 701.

362. MacPherson A, Dinkel K, Sapolsky R 2005 Glucocorticoids worsen excitotoxin-induced expression of pro-inflammatory cytokines in hippocampal cultures.  Experimental Neurology, 194, 376.

363.  Sapolsky R 2005 The influence of social hierarchy on primate health.  Science, 308, 648.

364.  Zemlyak I, Brooke S, Sapolsky R 2005 Estrogenic protection against gp120 neurotoxicity: Role of microglia. Brain Research, 1046, 130.

365.  Sapolsky R 2005 The future of evolution: Is any of this a good idea? Popular Science, September, 96.

366.  Hairston I, Little M, Scanlon M, Barakat M, Palmer T, Sapolsky R, Heller C. 2005 Sleep restriction suppresses neurogenesis induced by hippocampus-dependent learning.  Journal of Neurophysiology, 25, 9794

367.  Zhao H, Shimohata T, Wang J, Sun G, Schaal D, Sapolsky R, Steinberg G 2005 Akt contributes to neuroprotection of hypothermia against cerebral ischemia in rats.  Journal of Neuroscience, 25, 9794.

368.  Chang P, Cheng E, Brooke S, Sapolsky R. 2005 Marked differences in the efficacy of post-insult gene therapy with catalase versus glutathione peroxidase.  Brain Research, 1063, 27.

369.Sapolsky R.  2006 Culture in animals, and a case of a non-human primate culture of low aggression and high affiliation.  Social Forces, 85, 217.

370.  Sapolsky R. Social cultures in non-human primates.  2006  Current Anthropology, 47, 641.

371. Sapolsky R 2005 Sick of poverty.  Scientific American, December, 293, 92.

372. Sapolsky R 2006 A natural history of peace.  Foreign Affairs, 85, 104.

373. Sapolsky S 2006 The olfactory lives of primates.  Virginia Quarterly Review, in press.

374.  Munhoz C, Lepsch L, Malta M, Kawamoto E, de Sa Lima L, Avellar M, Sapolsky R, Scavone C 2006 Chronic unpredictable stress exacerbates LPS-induced activation of NFkB in the frontal cortex and hippocampus via glucocorticoid secretion.  Journal of Neuroscience, 26, 3813.

375. Zemlyak I, Nimon V, Brooke S, Moore T, McLaughlin J, Sapolsky R 2006 Gene therapy in the nervous system with superoxide dismutase.  Brain Research, 1088, 12

376.  Sapolsky R 2006 The 2% difference.  Discover, April, pg 42.

377.  Sapolsky R Stress, stress-related disease and emotional regulation.  In Gross, J Handbook of Emotion Regulation. Academic Press, in press.

378.  Zhao H, Sapolsky R, Steinberg G. 2006 Interrupting reperfusion as a stroke therapy: Ischemic postconditioning reduces infarct size after focal ischemia in rats.  Journal of Cerebral Blood Flow and Metabolism, 26, 1114.

379.  Sapolsky R 2006 Stress and the city.  Natural History, June, 72.

380. Zhao H, Sapolsky R, Steinberg G 2006 Phosphoinositide-3-kinase/Akt survival signal pathways are implicated in neuronal survival after stroke, Molecular Neurobiology, 34, 249.

381.Davis A, Zhao H, Sun G, Sapolsky R, Steinberg G 2007   Gene therapy using SOD1 protects striatal neurons from experimental stroke. Neuroscience Letters, 411, 32.

382. Olsson T, Sapolsky R 2006  The healthy cortisol response.  In: Arnetz B,Ekman R (ed): Stress in Health and Disease.  Wiley-VCH, Weinheim, Pg 214.

383.  Zhao H, Wang J, Shimohata T, Sun G, Yenari M, Sapolsky R, Steinberg G.  2007 Conditions of protection by hypothermia and effects on apoptotic pathways in a model of permanent middle cerebral artery occlusion.  Journal of Neurosurgery, 107, 636.

384.  Bradshaw G, Finlay B, Sapolsky R 2006  Mirror, mirror.  American Scientist, 94, 487.

385.  Nicholas A, Munhoz C, Ferguson D, Campbell L, Sapolsky R. 2006 Enhancing cognition after stress with gene therapy.  Journal of Neuroscience, 26, 11637.

386.  Sorrells S, Sapolsky R 2007 A pro-inflammatory review of glucocorticoid actions in the CNS.  Brain, Behavior and Immunity, 21, 259.

387.  Vyas A, Kim S, Giacomini N, Boothroyd J, Sapolsky R 2007 Behavioral changes induced by Toxoplasma infection of rodents are highly specific to aversion of cat odors.  Proceedings of the National Academy of Sciences, USA, 104, 6442

388.    Calabrese E, et al. (56 other authors) 2007 Biological stress response terminology: Integrating the concepts of adaptive response and preconditioning stress within a hormetic dose-response framework.  Toxicology and Applied Pharmacology, 222, 122.

389.    Wenzel H, Vacher H, Clark E, Trimmer J, Lee A, Sapolsky R, Tempel B, Schwartzkroin P 2007 Structural consequences of Kcna1 gene deletion and transfer in the mouse hippocampus.  Epilepsia, 48, 2023.

390.  Ferguson D, Sapolsky R 2007 Mineralocorticoid receptor overexpression differentially modulates specific phases of spatial and non-spatial memory.  Journal of Neuroscience, 27, 8046.

391.Vyas A, Kim S, Sapolsky R 2007 The effects of Toxoplasma infection on rodent behavior are dependent on dose of the stimulus.  Neuroscience, 148, 342.

392.Sung J, Zhao H, Roy M, Sapolsky R, Steinberg 2007  Viral caspase inhibitor p35, but not crmA, is neuroprotective in the ischemic penumbra following experimental stroke.    Neuroscience, 149, 804.

393.Zhao H, Steinberg G, Sapolsky R 2007 General versus specific actions of mild-moderate hypothermia in attenuating cerebral ischemic damage.  Journal of Cerebral Blood Flow and Metabolism, 27, 1879.

394.    Manley N, Bertrand A, Kinney K, Hing T, Sapolsky R 2007 Characterization of monocyte chemoattractant protein-1 expression following a kainate model of status epilepticus. Brain Research, 1182, 138.

395.  Zemlyak I, Manley N, Sapolsky R, Gozes I.  2007 NAP protects hippocampal neurons against multiple toxins.  Peptides,28, 2004.

396.Ju K, Manley N, Sapolsky R  2008 Anti-apoptotic therapy with a Tat fusion protein protects against excitotoxic insults in vitro and in vivo.  Experimental Neurology, 210, 602.

397.Zhang H, Ren C, Gao X, Takahasi T, Sapolsky R, Steinberg G, Zhao H 2008 Hypothermia blocks beta-catenin degradation after focal ischemia in rats.  Brain Research 1198 182.

398.Mitra R, Sapolsky R 2008 Acute Corticosterone treatment is sufficient to induce anxiety and amygdaloid dendritic hypertrophy. Proceedings of the National Academy of Sciences, USA, 105, 5573.

399.Ferguson D, Lin S, Sapolsky R 2008 Viral vector-mediated blockade of the endocrine stress-response modulates non-spatial memory.  Neuroscience Letters, 437, 1.

400.  Sapolsky R 2008 Social stress in adult primates.      L. Squire (ed): Encyclopedia of Neuroscience, Academic Press, Oxford.

401.  Sapolsky R 2008 Gene therapy and protection from stress-induced brain damage.  L. Squire (ed): Encyclopedia of Neuroscience, Academic Press, Oxford.

402.  Goosens K, Sapolsky R 2007 Stress and glucocorticoid contributions to aging.  In Brain Aging: Models, Methods and Mechanisms.  D. Riddle (ed), CRC Press.

403.  Ferguson D, Sapolsky R 2008 Overexpression of mineralocorticoid and transdominant glucocorticoid receptor blocks the impairing effects of glucocorticoids on memory.  Hippocampus, 18, 1103.

404.  Mitra R, Sapolsky R  2008 Effects of enrichment predominate over those of chronic stress on fear-related behavior in male rats.  Stress, Dec 2, 1.

405.    Cheng MY, Sun G, Jim M, Zhao H, Steinberg G, Sapolsky R  2009 Blocking glucocorticoid and enhancing estrogenic genomic signaling protects against cerebral ischemia. Journal of Cerebral Blood Flow and Metabolism, 29, 130.

406.  Ruby N, Hwang C, Wessels C, Fernandez F, Sapolsky R, Heller C. 2008 Hippocampal-dependent learning require a functional circadian system.   Proceedings of the National Academy of Sciences, USA, 105, 15593.

407.  Rodrigues S, Sapolsky R.  2009 Disruption of fear memory through dual-hormone gene therapy.  Biological Psychiatry, 65, 441.

408.  Mitra R, Ferguson D, Sapolsky R. 2009 SK2 potassium channel over-expression in basolateral amygdala reduces anxiety, stress-induced corticosterone secretion and dendritic arborization.  Molecular Psychiatry, 14, 847.

409.Zemlyak I, Brooke S, Singh M, Sapolsky R 2009 Effects of overexpression of Antioxidants on the Release of Cytochrome c and Apoptosis-inducing Factor in a model of ischemia. Neuroscience Letters, 453, 182.

410.Rodrigues S, LeDoux J, Sapolsky R 2009. The influence of stress hormones on fear circuitry.  Annual Review of Neuroscience, 32. 289.

Exhibit G

411.   Mitra R, Ferguson D, Sapolsky R. Mineralocorticoid receptor overexpression in basolateral amygdala reduces corticosterone secretion and anxiety.   Biological Psychiatry, 66, 686.

412.   Zemlyak I, Sapolsky R, Gozes I. 2009   NAP protects against cyanide-related microtubule destruction.   Journal of Neural Transmission, 116, 1411.

413.   Zemlyak I, Sapolsky R, Gozes I. 2009 NAP protects against cytochrome c release: inhibition of the initiation of apoptosis. European Journal of Pharmacology, 618, 9.

414.   Meerson A, Cacheaux L, Goosens K, Sapolsky R, Soreq H, Kaufer D 2010  Changes in brain microRNAs contribute to cholinergic stress reactions.   Journal of Molecular Neuroscience, 40, 47.

415. Mitra R, Adamec R, Sapolsky R 2009 Resilience against predator stress and dendritic morphology of amygdala neurons.   Behavioural Brain Research, 205, 535.

416. Sapolsky R.  Stress, health and social behavior.  In:  Moore J, Breedlove M (eds) Encyclopedia of Animal Behavior.  Academic Press, in press.

417. Sorrells S, Caso J, Munhoz C, Sapolsky R 2009 The stressed CNS: When glucocorticoids aggravate inflammation.  Neuron, 64, 33.

418.   Sapolsky R.  2009 Any kind of mother in a storm.  Nature Neuroscience, 12, 1355.

419.   Zemlyak I, Manley N, Vulih-Sjultzman I, Sapolsky R, Gozes I 2009 The microtubule interacting drug candidate NAP protects against kainic acid toxicity in a rat model of epilepsy.  Journal of Neurochemistry, 111, 1252.

420. Sorrells S, Sapolsky R 2010 Glucocorticoids can arm macrophages for innate immune battle.  Brain Behavior and Immunity, 24, 17.

421. Singh M, Brooke, S, Zemlyak I, Sapolsky R 2010 Evidence for caspase effects on release of cytochrome c and AIF in a model of ischemia in cortical neurons.  Neuroscience Letters, 469, 179.

422.   Dumas T, Gillette T, Ferguson D, Hamilton K, Sapolsky R 2010 Anti-glucocorticoid gene therapy reverses the impairing effects of elevated corticosterone on spatial memory, hippocampal neuronal excitability, and synaptic plasticity.  Journal of Neuroscience, 30, 1712.

423. Munhoz C, Sorrells S, Caso J, Scavone C, Sapolsky R 2010 Glucocorticoids exacerbate lipopolysaccharide-induced signaling in the frontal cortex and hippocampus in a dose-dependent manner.  Journal of Neuroscience, 30, 13690.

424.   Vyas A, Sapolsky R 2010 Manipulation of host behavior byToxoplasma:  What is the minimum a proposed proximate mechanism should explain?  Folia Parasitologica, 57, 88.

425. Mitra R, Sapolsky R 2010 Expression of chimeric estrogen-glucocorticoid-receptor in the amygdala reduces anxiety.  Brain Research, 1342, 33.

426. Lee A, Campbell L, Sapolsky R 2010   Neighbor effects of neurons bearing protective transgenes.  Brain Research, 1339, 70.

427.   Navarrete C, McDonald M, Cesario J Mott M, Sapolsky 2010 Fertility and race perception predict voter preference for Barack Obama.  Evolution and Human Behavior, 31, 391.

428. Victoroff J, Quota S, Adelman J, Elinska B, Stern N, Wilcox R, Sapolsky R 2010 Support for religio-political aggression among teenaged boys in Gaza: Part I: Psychological findings.  Aggressive Behavior, 36, 219.

429. Mitra R, Sapolsky R 2010 Gene therapy in the amygdala against fear disorders.  Expert Opinion on Biological Therapy, 10, 1289.

430. Victoroff J, Quota S, Adelman J, Celinska B, Stern N, Wilcox R, Sapolsky R 2011 Support for religio-political aggression among teenaged boys in Gaza: Part II: Neuroendocrinological findings.  Aggressive Behavior, 37, 121.

431. Cheng M, Lee I-P, Jin M, Sun G, Zhao H, Steinberg G, Sapolsky R 2011  An insult-inducible vector system activated by hypoxia and oxidative stress for neuronal gene therapy.  Translational Stroke Research 2, 92.

432. Liu L, Li Q, Sapolsky R, Liao M, Mehta K, Bhargava A, Pasricha P 2011 Transient gastric irrtation in the neonatal rat leads to changes in hypothalamic CRF expression, depression- and anxiety-like behavior as adults.  Public Library of Science One, 6, 19498.

433. Kirby E, Friedman A, Covarrubias D, Ying C, Sun W, Goosens K, Sapolsky R, Kaufer D 2011 Basolateral amygdala regulation of adult hippocampal neurogenesis and fear-related activation in newborn neurons.  Molecular Psychiatry, 17, 527.

434. Sapolsky R 2011 Sympathy for the CEO.  Science, 333, 293.

435. House P, Vyas A, Sapolsky R 2011 Predator cat odors activate sexual arousal pathways in brains of Toxoplasma gondii infected rats.  Public Library of Science One, 6,  e23277.

Exhibit G

436. Dass S, Vasudevan A, Dutta D, Soh L, Sapolsky R, Vyas A 2011 Protozoan parasite Toxoplasma gondii manipulates mate choice in rats by enhancing attractiveness of males.   Public Library of Science One. 6, e27229.

437. Cheng MY, Lee AG, Culbertson C, Sun G, Talati RK, Manley N, Li X, Zhao H, Lyons DM, Zhou QY, Steinberg GK, Sapolsky RM.  2012 Prokineticin 2 is a novel endangering mediator of cerebral ischemic injury.  Proceedings of the National Academy of Sciences  109, 5475.

438. Mitra R, Sapolsky R 2012.  Short-term enrichment makes male rats more attractive, more defensive and alters hypothalamic neurons.  Public Library of Science, One, 7, e36092.

439. O'Connell-Rodwell C, Wood J, Kinzley C, Rodwell T, Alarcon C, Wasser S, Sapolsky R 2011 Male African elephants (Loxodonta Africana) queue when the stakes are high.  Ethology Ecology and Evolution 23, 388.

440. Sapolsky 2012 Super humanity.  Scientific American, September, pg 40.

441. Sapolsky 2013 Rousseau with a tail: Maintaining a tradition of peace among baboons. In Fry D (ed), War, Peace, and Human Nature (Oxford Univ Press).

442. Sapolsky 2012 Importance of a sense of control and the physiological benefits of leadership.  Proceedings of the National Academy of Sciences USA, 109, 17730.

443. Dagnino-Subiabre A, Perez M, Terreros G, Cheng M, House P, Sapolsky R. 2012 Corticosterone treatment impairs auditory fear learning and the dendritic morphology of the rat inferior coliculus. Hearing Research, 294, 104.

444. Harper K, Fyumagwa R, Hoare R, Wambura P, Coppenhaver D, Sapolsky R, Alberts S, Tung J, Rogers J, Kilewo M, Batamuzi E, Leendertz F, Armelagos G, Knauf S 2012 Treponema pallidum inection in the wild baboons of East Africa: Distribution and genetic characterization of the strains responsible.  Public Library of Science One 7, e50882.

445. Mitra R, Sapolsky R Vyas A 2012 Toxoplasma gondii infection induces dendritic retraction in basolateral amygdala accompanied by reduced corticosterone secretion. Disease Model and Mechanism, 6, 516.

446. Manley N, Caso J, Works M, Cutler A, Zemlyak I, Sun G, Munhoz C, Chang S, Sorrells S, Ermini F, Decker J, Bertrand A, Dinkel K, Steinberg G, Sapolsky R 2013 Derivation of injury-responsive dendritic cells for acute brain targeting and therapeutic protein delivery in the stroke-injured rat.  Public Library of Science One, 8, e61789.

447. Sorrells S, Caso J, Munhoz C, Hu C, Tran K, Miguel Z, Chien B, Sapolsky R 2013 Glucocorticoid signaling in myeloid cells worsens acute CNS injury and inflammation.  Journal of Neuroscience, 33, 7877.

448. Works M, Koenig J, Sapolsky R 2013 Soluble TNF receptor 1-secreting ex vivo-derived dendritic cells reduce injury following stroke.  Journal of Cerebral Blood Flow and Metabolism, 33, 1376.

449. Xie R, Cheng M, Li M, Xiong X, Daadi M, Sapolsky R, Zhao H 2013 Akt isoforms differentially protect against stroke-induced neuronal injury by regulating mTOR activities.  Journal of Cerebral Blood Flow and Metabolism, 33, 1875.

450. Ruby N, Fernandez F, Garrett A, Klima J, Zhang P, Sapolsky R, Heller C 2013 Spatial memory and long-term object recognition are impaired by circadian arrhythmia and restored by the GABA-A antagonist pentylenetetraole.  PLoS ONE 8, e72433.

451. Evans A, Strassmann P, Lee I, Sapolsky R 2014 Patterns of Toxoplasma gondii cyst distribution in the forebrain associate with individual variation in predator odor avoidance and anxiety-related behavior in male Long-Evans rats.  Brain Behavior and Immunity, 37, 122.

452. Chetty S, Friedman A, Kirby E, Mirescu C, Taravosh-Lahn K, Guo F, Krupik D, Nicholas A, Geraghty A, Krishnamurthy A, Tsai M, Covarrubias D, Wong A, Francis D, Sapolsky R, Palmer T, Pleasure D, Kaufer D.  2014 Stress and glucocorticoids promote oligodendrogenesis in the adult hippocampus.  Molecular Psychiatry, 19, 1275.

453. Sapolsky R 2014 The danger of inadvertantly praising zygomatic arches.  In Brockman J (ed): What Should We Be Worried About?  Harper Perennial, page 218.

454. Golcu D, Gebre R, Sapolsky R 2014 Toxoplasma gondii influences aversive behaviors in female rats in an estrus cycle dependent manner.  Physiology and Behavior, 135, 98.

455. Xie R, Wang P, Cheng M, Sapolsky R, Ji X, Zhao H 2014 The mTOR cell signaling pathway contributes to the protective effects of ischemic postconditioning against stroke.  Stroke, 45, 2769.

Exhibit G

456. Sapolsky R 2014 Some pathogenic consequences of tourism for nonhuman primates. In: Primate Tourism: A Tool for Conservation?  Russon A, Wallis J (ed).  Cambridge Univ Press, pg 147.

457. Marmot M, Sapolsky R 2014 Of men and baboons: Social circumstances, biology, and the social gradient in health.  In: Sociality, Hierarchy, Health: Comparative Biodemography (Weinstein M, Lane M eds), National Academic Press, pg 365.

458. Lee I-P, Evans A, Yang C, Works M, De Miguel Z, Manley N Sapolsky R 2014 Toxoplasma gondii is dependent on glutamine and alters migratory profile of infected host bone marrow derived immune cells through SNAT2 and CXCR4 pathways.  PLoS One, 9: e109803.

459. Sorrells S, Muinhoz C, Manley N, Yen S, Sapolsky R 2014 Glucocorticoids increase excitotoxic injury and inflammation in the hippocampus of adult male rats.  Neuroendocrinology, 100, 129.

460. Martin L, Hathaway G, Isbester K, Mirali S, Acland E, Niederstrasser N, Slepian P, Trost Z, Bartz J, Sapolsky R, Sternberg W, Levitin D, Mogil J 2015 Reducing social stress elicits emotional contagion of pain in mouse and human strangers.  Current Biology, 25, 326.

461. Sapolsky R 2015 Stress and the brain: Individual variability and the inverted-U.  Nature Neuroscience, 25, 1344.

462. Salmaso N, Stevens H, McNeill J, ElSayed M, Ren Q, Maragnoli M, Schwartz M, Tomasi S, Sapolsky R, Duman R, Vaccarino F 2016 Fibroblast Growth Factor 2 modulates hypothalamic pituitary axis activity and anxiety behavior through glucocorticoid receptors.  Biological Psychiatry, 80, 479.

463. Sapolsky R 2016 Psychiatric distress in animals versus animal models of psychiatric distress.  Nature Neuroscience, 19, 1387.

464. Sapolsky R 2016 Pro-inflammatory primates.  Science, 354, 967.

465. De Miguel Z, Haditsch U, Palmer T, Azpiroz A, Sapolsky R 2018 Adult-generated neurons born during chronic social stress are uniquely adapted to respond to subsequent chronic social stress.  Molecular Psychiatry, 24, 1178.

466. Jost J, Sapolsky R, Nam H 2018 Speculations on the evolutionary origins of system justification.  Evolutionary Psychology, Apr-Jun;16(2):1474704918765342

467. Wang P, Xie R, Cheng M, Sapolsky R, Ji X, Zhao H 2018 The mTOR cell signaling pathway is crucial to the long-term protective effects of ischemic postconditioning against stroke.  Neuroscience Letters, 676, 58.

468. Sapolsky R 2018 The health-wealth gap.  Scientific American 319, 62.

469. Sapolsky R 2019 Biological perspectives on inter-group conflict.   In: Fundamental Theories of Ethnic Conflict (M. Kyendo,ed).  Syokimau Press.

470. Sapolsky R 2018 Double-edged swords in the biology of conflict.  Front. Psychol., 9, 2625.

471. Sapolsky R 2019 This is your brain on nationalism: the biology of us and them..  Foreign Affairs, 98, 42.

472. Sapolsky R 2020 In memoriam: Bruce S. McEwen.  Hormones and Behavior, in press.


Publications: Op-Ed Pieces, Book Reviews, Prefaces, Articles in Embarrassing Places

1. Sapolsky, R.  Why fuss over the census?  Science has the answer.   USA Today, 1/12/99.

2. Sapolsky R. Future good health will come to those who listen.  USA Today, 2/23/99.

3. Sapolsky R. If you remember LSD and estrogen -- then you must be old, too.  USA Today, 3/2/99.

4. Sapolsky R. Poverty separates man from ape.  USA Today, 6/24/99.

5. Sapolsky R.  Facing the stretch across the millennial abyss.  USA Today 12/27/99.

6. Sapolsky R 1999 The joy of stress.  GQ, December, 214.

7.  Sapolsky R  Who's the next alpha in our political hierarchy?  USA Today, 2/17/00.

8. Sapolsky R It's not 'All in the genes.'   Newsweek, 4/10/00, pg 68.

9. Sapolsky R Nature or nurture? "The 50 most beautiful people in the world" assess the source of good looks.  Discover, February, 2000, 48.

10. Sapolsky R Do hormones play a role in success? -- but science shows the Big T may be a little 't.'  USA Today, 5/25/00.

11.  Sapolsky R Score one for nature.  Or is it nurture?  USA Today, 6/21/00.

Exhibit G

12. Sapolsky R Sex-identity myths dispelled.  USA Today 3/14/01

13. Sapolsky R Brain engaged.  San Francisco Chronicle 10/25/01.

14. Sapolsky R Gorillas in the light.  Review of Weber B, Vedder A 2001 In the Kingdom of Gorillas: Fragile Species in a Dangerous Land (Simon and Schuster).  The Globe and Daily Mail 10/20/01.

15. Sapolsky, R. "Thrifty" genes and thrifty metabolism.  In: Pagel, M (ed) Encyclopedia of Evolution, Oxford Univ. Press, in press.

16. Sapolsky R 2002 Gorilla dating tactics.  Men's Health, March,  68.

17. Sapolsky R 2002 Preface to, McEwen B, The End of Stress.  Joseph Henry Press.

18. Sapolsky R. The loveless man who invented the science of love.  Review of Blum D 2002 Love in Goon Park: Harry Harlow and the Science of Affection. Scientific American, 287, November, pg 95.

19. Sapolsky R 2003 Coming to a theater near you: Shame at who we are.  San Francisco Chronicle, 1/14/03.

20. Sapolsky R 2003 'Pseudokinship' and real war.  San Francisco Chronicle, 3/2/03.

21. Sapolsky R 2004 Regardless of how it works, evolution is for real.  San Francisco Chronicle, 12/10/04.

22. Sapolsky R 2005 A family resemblance.  Review of de Waal F 2005 Our Inner Ape, Riverhead/Penguin. Nature 437, 33.

23. Sapolsky R 2006 The pecking order.  Allure, February, 136.

24. Sapolsky R 2007  Foreword to, Fry D, Beyond War: The Human Potential For Peace. Oxford Univ Press.

25. Sapolsky R 2008 If/then consequences and the case of Britney Spears.  San Francisco Chronicle, 3/25/08.

26. Sapolsky R 2009 Girls are good at math when given the chance.   San Francisco Chronicle, 10/20/09.

27. Sapolsky R 2010 Foreward to, Worthman C, Plotsky P, Schechter D, Cummings C Formative Experiences: The Interaction of Caregiving, Culture, and Developmental Psychobiology. Cambridge Univ. Press.

28. Sapolsky R 2010 This is your brain on metaphors.  The Stone (nytimes.com), Nov. 14, 2010.

29. Sapolsky R 2011 Peace, love and oxytocin.  Los Angeles Times, 12/4/11.

30. Sapolsky R 2012 Campaign trail monkey business.  Los Angeles Times 1/15/12.

31. Sapolsky R 2012 What was John Edwards thinking?  Los Angeles Times 6/3/12.

32. Sapolsky R 2012 Jerry Sandusky – a head case puzzle.  Los Angeles Times 7/15/12.

33. Sapolsky R 2012 We're all stressed, but misunderstanding it can make it worse.  Los Angeles Times 8/26/12.

34. Sapolsky R 2012 Brain science's day in court.  Los Angeles Times 10/2/12.

35. Sapolsky R 2013 Human – for better or worse.  Los Angeles Times 1/6/13.

36. Sapolsky R 2013 Tamerlan Tsarnaev: Not just any body.  Los Angeles Times 5/17/13.

37. Sapolsky R 2013 Metaphors are us.  Neurology: War, murder, music, art.  We would have none without metaphor.  Nautilus, Issue 001.

38. Sapolsky R 2013 The appeal of embarrassment.  Wall Street Journal, 7/26/13.

39. Sapolsky R 2013 Is racial prejudice hard-wired? Los Angeles Times 7/28/13.

40. Sapolsky R 2013 Our unique obsession with Rover and Fluffy.  Wall Street Journal, 8/16/13.

41. Sapolsky R 2013  Man isn't alone; apes also suffer midlife crises.  Wall Street Journal, 8/30/13.

42. Sapolsky R 2013 On the origins of celebrity.  Nautilus, Issue 005.

43. Sapolsky R 2013 Why do we eat junk food when we're anxious?  Wall Street Journal, 9/13/13.

44. Sapolsky R 2013 The monkey business of pure altruism.  Wall Street Journal, 9/27/13.

45. Sapolsky R 2013 Rich brain, poor brain.  Los Angeles Times, 10/18/13.

46. Sapolsky R 2013 If Big Brother is not around, we invent him.  Wall Street Journal, 10/26/13.

47. Sapolsky R 2013 Who kiled JFK?  Inside the minds of conspiracy theorists.  Wall Street Journal, 11/9/13.

Exhibit G

48. Sapolsky R 2013 Would you break that law for your family?  Los Angele Times, 11/17/13.

49.   Sapolsky R 2013 The brain's way of dealing with 'Us' and 'Them."  Wall Street Journal, 11/22/13.

50.  Sapolsky R 2013 Caught between male and female.  Wall Street Journal 12/6/13.

51.  Sapolsky R 2013  The cheerleader effect.  Wall Street Journal 12/21/13.

52.  Sapolsky R 2013  Another use for literature.  Los Angeles Times 12/28/13.

53.  Sapolsky R 2014 What drives us to do the right thing?  Wall Street Journal  1/2/14.

54.  Sapolsky R 2014 Be my valentines: Are humans monogamous by nature?  Wall Street Journal 2/14/14.

55.  Sapolsky R 2014  A height gene?  One for smarts?  Don't bet on it.  Wall Street Journal 1/31/14.

56.  Sapolsky R 2014 Monkey see, monkey do – just like you.  Wall Street Journal, 2/28/14.

57.  Sapolsky R 2014 It makes no sense to ask what a particular gene does.    Aeaon file:///Users/sapolsky/Desktop/AEAON%202014.webarchive.

58.  Sapolsky R 2014 When were the dogs of war first let loose?  Wall Street Journal, 3/29/14.

59.  Sapolsky R 2014 Hoping against hope: It's a people thing.  Los Angeles Times 3/30/14.

60. Sapolsky R 2014 The legacy that poverty imprints on our brains.  Wall Street Journal, 4/12/14.

61. Sapolsky R 2014 Stress starts up the machinery of major depression. Wall Street Journal, 4/24/14.

62. Sapolsky R 2014 The money or the mouse: On the morals of markets.  Wall Street Journal, 5/10/14.

63. Sapolaky R 2014 Humans aren't the only animals stuck on status.  Wall Street Journal, 5/24/14.

64. Sapolsky R 2014 The brain cells that keep our social network running.  Wall Street Journal, 6/6/14.

65. Sapolsky R 2014 A "love hormone" with a nasty little secret.  Wall Street Journal, 6/27/14.

66. Sapolsky R 2014 Magical thinking and the stain of Madoff's sweater.  Wall Street Journal, 7/12/14.

67. Sapolsky R 2014 Dude, where's my frontal cortex: There's a method to the madness of the teenage brain.  Nautilus, Issue 015.

68. Sapolsky R 2014 Stress hormones leave marks on trading floors.  Wall Street Journal, 7/24/14.

69. Sapolsky R 2014 Our geography, ourselves.  Los Angeles Times, 8/1/2014.

70. Sapolsky R 2014 An experiment shows bias against strangers on a train.  Wall Street Journal 8/7/14.

71. Sapolsky R 2014 New ways to predict which marriages will succeed.  Wall Street Journal 8/22/14.

72. Sapolsky R 2014 Sperm can carry Dad's stress as well as genes.  Wall Street Journal 9/5/14.

73. Sapolsky R 2014 Bees and ants on how to make decisions.  Wall Street Journal 9/20/14.

74. Sapolsky R 2014 It's pretty much true: More parenting equals less sex.  Wall Street Journal 10/1/14.

75. Sapolsky R 2014 New online media, old human behavior.  Wall Street Journal 10/15/14.

76. Sapolsky R 2014 Our ancestors murdered – and played pacifist.  Wall Street Journal 10/29/14.

77. Sapolsky R 2014 A deep-rooted reason to root for the Giants – or the Royals.  Los Angeles Times 10/30/14.

78. Sapolsky R 2014 Scientific insights from rats filled with regrets.  Wall Street Journal 11/12/14.

79. Sapolsky R 2014 How the brain uses glucose to fuel self-control.  Wall Street Journal 12/3/14.

80. Sapolsky R 2014 The spirit of the 1914 Christmas Truce.  Wall Street Journal 12/19/14.

81. Sapolsky R 2014 Animals and humans sometimes kill their young – the question is why. Los Angeles Times 12/19/14.

82. Sapolsky R 2014 A magician's best trick: Revealing a basic human bias.   Wall Street Journal 12/31/14.

83. Sapolsky R When stress rises, empathy suffers.  Wall Street Journal 1/16/15.

84. Sapolsky R The strange power of symbols, in the news and in the lab.  Wall Street Journal 1/30/15.

85. Sapolsky R 2015 Ethics can change according to where we are.  Wall Street Journal 2/12/15.

86. Sapolsky R 2015 Gay marriage: How to change minds. Wall Street Journal 2/25/15.

87. Sapolsky R 2015 Like humans, other primates have fashion trend-setters, too.   Wall Street Journal, 3/11/15.

88. Sapiolsky R 2015 Synthesia: Tasting sounds and smelling sights.  Wall Street Journal 3/25/15.

89. Sapolsky R 2015 Mental illness made the Germanwings co-pilot a victim along with his passengers.  Los Angeles Times, 4/2/15.

90. Sapolsky R 2015 Why we melt at puppy pictures.  Wall Street Journal, 4/8/15.

91. Sapolsky R 2015 The miracle in the Walter Scott tragedy.  Los Angeles Times Opinion blog, 4/13/15.

92. Sapolsky R 2015 Language shapes thoughts – and storm preparations.   Wall Street Journal 4/22/15.

93. Sapolsky R 2015 How our brains judge crime cases. Wall Street Journal, 5/6/15.

94. Sapolsky R 2015  How appetite affects the brain. Wall Street Journal, 5/21/15.

95. Sapolsky R 2015 Researchers put hierarchies through the Himalayan test.  Wall Street Journal 6/3/2015.

96. Sapolsky R 2015 The evolution of encountering, and embracing, strangers.  Los Angeles Times 6/6/15.

97. Sapolsky R 2015 The benefits of mind-wandering. Wall Street Journal, June 19, 2015.

98. Sapolsky R 2015 When computers assess personality better than we do.  Wall Street Journal, July 22, 2015.

99. Sapolsky R 2015 Caitlyn Jenner and our cognitive dissonance.  Nautilus, Issue 28.

100.     Sapolsky R 2015 Do the genes of warriors win the evolution battle?  Wall Street Journal August 19, 2015.

101.     Sapolsky R 2015 The hormone that binds humans to dogs.  Wall Street Journal September 17, 2015.

102.     Sapolsky R 2015 Our brains say that corporations are people, too.  Wall Street Journal, October 15, 2015.

103.     Sapolsky R 2015 Using a kind of shock therapy to moderate views.  Wall Street Journal, November 11, 2015.

104.     Sapolsky R 2015 Brain reflexes that monitor the pecking order.  Wall Street Journal 12/9/15.

105.     Sapolsky R 2016 How our brains respond to race. Wall Street Journal 1/6/16.

106.     Sapolsky R 2016 To scrounge in the big city: bigger brains, more stress.  Wall Street Journal 2/3/16.

107.     Sapolsky R 2016 Plants that eat insects by doing the math.  Wall Street Journal, 3/4/16.

108.     Sapolsky R 2016 Metaphors that make us feel clean and dirty, literally.  Wall Street Journal, 3/30/16.

109.     Sapolsky R 2016 We're rarely rational when we vote because we're rarely rational, period. Los Angeles Times April 3, 2016.

110.     Sapolsky R 2016 Why you just helped that stranger.  Wall Street Journal 4/27/16.

111.     Sapolsky R 2016 In families, small disputes can set off major mayhem.  Wall Street Journal 5/25/16.

112.     Sapolsky R 2016 The global appeal of rationalizing little lies.  Wall Street Journal, 6/22/16.

113.     Sapolsky R 2016 When the rich rub our noses in their wealth, we get angry; but they go ballistic.  Los Angeles Times 7/10/16.

114.     Sapolsky R 2016 For rats, a good tickling can change the world.  Wall Street Journal 7/14/16.

115.     Sapolsky R 2016 The effect of environment on genes.  Wall Street Journal 8/11/16.

Exhibit G

116.     Sapolsky R 2016 Friendship is good for you – unless it is strained.   Wall Street Journal 9/8/2016.

117.     Sapolsky R 2016 Disgusted with losing?  Learn from experience.  Wall Street Journal 10/6/2016.

118.     Sapolsky R 2016 A criminal trait in the refusal to wait?   Wall Street Journal, 11/2/2016.

119.     Sapolsky R 2016 To understand Facebook, study Capgras Syndrome.   Nautilus, November.

120.     Sapolsky R 2016 Laughter is the best medicine to guage social ties.  Wall Street Journal, 11/30/2016.

121.     Sapolsky R 2016 A radical for the poor: A homage to Rudolph Virchow.  Nautilus, December.

122.     Sapolsky R  2016 Toxo. In Brockman J (ed): Life Harper Perennial, pg 349.

123.     Sapolsky R  2015 The particularist use of "a" gene-environment interaction. In Brockman J (ed):  This Idea Must Die  Harper Perennial, pg 182.

124.     Sapolsky R 2012 Anectdotalism In: Brockman J (ed): This Will Make You Smarter Harper Perennial, pg 278.

125.     Sapolsky R  2010 People who can intuite in six dimensions.  In Brockman J (ed): This Will Change Everything Harper Perennial, pg 366.

126.     Sapolsky R     2011 Toxo: The parasite that is manipulating human behavior.   In Brockman J (ed): The Mind Harper Perennial, pg 191.

127.     Sapolsky R 2006 In Brockman J (ed):   What We Believe But Cannot Prove  Harper Perennial, pg 30.

128.     Sapolsky R 2007 Us/Them dichotomies will become far more benign.  In Brockman J (ed): What Are You Optimistic About? Harper Perennial Pg 91.

129.     Sapolsky R 2014  Looking at minds.  In Brockman J (ed): What Have You Changed Your Mind About? Harper Perennial,  Pg 115.

130.     Sapolsky R 2016 Global stereotypes are globally wrong, a trust test shows.  Wall Street Journal 12/29/16.

131.     Sapolsky R 2017 Will you be the same person you are today in 2027?  Los Angeles Times, 1/1/17.

132.     Sapolsky R 2017 In romance, a little understanding goes a long way.   Wall Street Journal, 1/25/17.

133.     Sapolsky R 2017 We may all die horribly.  In Brockman J (ed): Know This Harper Perennial, pg 568.

134.     Sapolsky R 2017 The grim truth behind the "winner effect."   Wall Street Journal, 2/24/17.

135.     Sapolsky R 2017 Human sacrifice as a tool of social control.  Wall Street Journal, March 24, 2017.

136.     Sapolsky R 2017 The brain science of conformity.   Wall Street Journal, April 20, 2017.

137.     Sapolsky R 2017 When victims feel most victimized.  Wall Street Journal, May 19, 2017.

138.     Sapolsky R 2017 Our need to make music from the cacophony of it all.  Wall Street Journal, June 14, 2017.

139.     Sapolsky R 2017 How moral disgust can simultaneously protect and endanger humanity.  The Scientist, June 1.

140.     Sapolsky R 2017 Facebook's surprising role in bereavement.  Wall Street Journal, July 13, 2017.

141.     Sapolsky R 2017 When justice isn't so blind. Wall Street Journal,  August 9, 2017.

142.     Sapolskly R 2017 After Charlottesville, liberals have to readjust their brains.   Los Angeles Times, August 17, 2017.

143.     Sapolsky R 2017 Does belief in free will make us more ethical?  Wall Street Journal, August 31, 2017.

144.     Sapolsky R 2017 What humans and prairie voles have in common – a tendency to divide the world into Us and Them.  Los Angeles Times, September 24, 2017.

145.     Sapolsky R 2017 The yuck factor.  The Scientist, 31, 63.

146.    Sapolsky R 2018 Be alarmed when a leader tries to make you think of humans as vermin.  CNN Digital, 7/9/18.

147.    Sapolsky R 2018 Preface to Kahn S, Ehrlich P, <u>Jaws: The Story of a Hidden Epidemic</u>.  Stanford University Press.

148.    Sapolsky R 2018 Preface to:  <u>Peace Ethology: Behavioral Processes and Systems of Peace</u> (Verbeek P, Peters B eds).  Wiley Blackwell.

149.    Sapolsky R 2018 This part of the brain holds the key to Ford's memory.  CNN Op/Ed, 9/28/18.

150.    Sapolsky R 2019 The real advantage the rich have in getting into college is biological.  Los Angeles Times, 3/14/19.

151.    Sapolsky R 2019 What biology tells us about presidential ambition.   CNN Op/Ed, 4/1/19.

152.    Sapolsky R 2020 Our brains on coronavirus.  CNN Op/Ed, 3/13/20.

<u>Exhibit G</u>