McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00001-LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); [FINDINGS AND ORDER |
| v. | |
| EVERITT AARON JAMESON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) on February 3, 2021. Docket No. 29. Pursuant to Local Rule 430.1, the government's response is due on February 10, 2021, with any reply from the defendant due on February 15, 2021.

2.  Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)  The government's response to the defendant's motion to be filed on or before February 17, 2021;

        b)    The defendant's reply to the government's response to be filed on or before February 24, 2021.

IT IS SO STIPULATED.

Dated: February 4, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: February 4, 2021

/s/ CHARLES LEE
CHARLES LEE
REED GRANTHAM
Counsel for Defendant
EVERITT AARON JAMESON

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 29, is due on or before February 17, 2021;

    b)    The defendant's reply to the government's response, if any, is due on February 24, 2021.

IT IS SO ORDERED.

Dated: **February 8, 2021**

UNITED STATES DISTRICT JUDGE